1    d. Enter an order requiring the defendants to refund to the plaintiff all

2   money paid to the defendants in connection with the transactions on the

3   properties at 1605 East Greenbriar Lane, Brea, California 92821; 80 Terra

4   Vista, Dana Point, California 92629; 252,254 Wave Street, Laguna Beach,

5   California 92651;

6    e. Award the plaintiff the damages established at trial for the

7   defendants' failures and violations to the Federal and State Laws.

    f. Award the plaintiff his reasonable attorney's fees and costs; and

8

9    g. Cancel or void judgments against the properties, deny/or stop any

10   motion, petition or action for any relief or foreclosure, Sale or eviction on

11   the grounds of Lack of Jurisdiction, Lack of Standing and/or Lack of Subject

12   Matter Jurisdiction against debtor or the subject properties: 1605 East

13   Greenbriar Lane, Brea, California 92821; 80 Terra Vista, Dana Point,

14   California 92629; 252,254 Wave Street, Laguna Beach, California 92651;

15    h. Refer this matter for changes in the rules of civil procedure.

16

17    i. Grant such other relief, as the Court deems appropriate and just.

18                       **IN SUPPORT OF THIS PETITION**

19    In support of this Petition, Debtor States the following:

20    126. Defendants are responsible for the violations of State and Federal

21   Laws, which occurred in the course of the loan transaction with Debtor. These

22   violations include the Truth-In-Lending Act, 15 U.S.C. § 1601 et seq., which

23   allows Debtor to rescind the transactions, which created the Promissory Notes

24   and the Deed of Trusts that are the subject of the above-captioned

25   foreclosure proceeding. Rescission of these consumer loan transactions

1  automatically voids the promissory notes and the Deeds of Trust held by the

2  Defendants on the properties.

3      127. Upon application of the rescission formula, Debtor is not in default

4  because he owes no money to the lender. TILA strips the interest and other

5  charges from the loan when rescission occurs. This means that the Defendants

6  cannot collect any interest. It cannot also collect any closing costs or

7  broker's fee. In addition, the consumer is entitled to a credit for the

8  amounts paid.

9      128. In addition, Defendants have not provided Debtor an accrued and/or

10  clear and conspicuous pre-acceleration as required by the Deed of Trust

11  before commencing the foreclosure proceedings.

12      129. The Sale of Debtor's property at 1605 East Greenbriar Lane has been

13  willfully against the Law, sold on August 20, 2008 after 9:00am. As well as

14  the scheduled and/or unlawfully executed foreclosure Sales of the Terra and

15  Wave properties, after properly served to Trustees the Rescission Letters and

16  objections to the Notice of Trustee Sales, requested one day delay for

17  continuation of the Trustee Sale in the Greenbriar property. If these

18  foreclosures, Sales or eviction proceedings are not set aside and stayed by

19  this court, Debtor will suffer immediate, substantial and irreparable injury.

20      130. The Sale of Debtor's properties at 80 Terra Vista and 252,254 Wave

21  Street has been advertised for Trustee Sale shortly. If these foreclosure

22  Sales proceed, Debtor will again suffer immediate, substantial, and

23  irreparable injury.

24      131. Debtor denies that any money is due and owing to Defendants. In

25  addition to the TILA rescission, the Objection of Trustee Sale Notes, the

1  Defense Against Foreclosure, the Lack of Standing and/or lack of Subject

2  Matter Jurisdiction by defendants, and to understand more this particular and

3  illegal fraudulent and deceivable schema, the modus operand of these

4  companies on the issue or production of alleged fraudulent "note(s)", means

5  defendants cannot enforce them and also means they cannot avoid fraud

6  charges.   The Note itself should be endorsed to all assignees, if there is

7  one probably HSBC, EMC, AURORA, US-BANK or NATIONAL or back to the original

8  lenders Mandalay, HCF, HMCMF, or National City Bank. In most cases the Note

9  itself does not contain the endorsement to the actual alleged owner and

10 holder in due course and the endorsement to each owner or holder in due

11 course on the chain of ownership. The usual scenario is to attach the "note"

12 to an assignment; such "assignment" to be effective must be recorded. If it

13 is not recorded and the Note is not endorsed, then the money the defendants

14 have received for the notes by a third party, are the payment in full by a

15 third party. The third party might and might not have rights to enforce the

16 Note but the lender (defendants) definitely does not have rights to enforce

17 the Note because the lender(s) (defendants) has been paid in full.

18     132. The third party on this modus operand is most probably barred from

19 enforcement because of prima facie non-disclosure of the real party in

20 interest (the source of funding) the fact that the "lender" was a stand-in

21 for an unregulated and illegal "financial institution" and the fact that the

22 "lender" received a fee equal to 2.5% (industry average) of the entire

23 balance of the note.

24     133. The third party is further barred because the third party re-assigned

25 the "note" which was eventually placed in a financial entity or processor

with several other obligations (including other "mortgages or Deeds of Trust", auto loans, student loans etc.) and then the goop was served out to fill tranches (slices) in an Special Purpose Vehicle ("SPV") also called Special Purpose Entity ("SPE") which could be a Corporation, a Limited Liability Company, etc. Frequently the documents referring to a particular loan transaction were pooled, sliced, diced and pureed and then divided into multiple tranches of the same Special Purpose Vehicle and into multiple trenches of multiple SPVs.

134. A significant advantage of asset-backed securities is that they bring together a pool of financial assets that otherwise could not easily be traded in their existing form. By pooling together a large portfolio of these illiquid assets they can be converted into instruments that may be offered and sold freely in the capital markets. Their bankruptcy remoteness of the SPV allows the investor to take on credit risk of the asset without taking on specific corporate credit risk of the originator. The tranching (slicing) of these securities into instruments with different risk/return profiles facilitates marketing of the bonds to investors with different risk appetites and investing time horizons.

135. Asset-backed securities enable the originators of the loans to enjoy most of the benefits of lending money without bearing the risks involved, ABS offer originators the following advantages:

* Selling these financial assets to the pools reduces their risk-weighted assets and thereby frees up their capital, enabling them to originate still more loans.

* Asset-backed securities lower their risk. In a worst-case scenario where the pool of assets performs very badly, the owner of the ABS would pay the price of bankruptcy rather than the originator.

* The originators earn fees from originating the loans, as well as from servicing the assets throughout their life.

136. "The financial institutions that originate the loans sell a pool of cash flow-producing assets to a specially created third party that is called a special-purpose vehicle (SPV). The SPV is designed to insulate investors from the credit risk of the originating financial institution. The SPV then sells the pooled loans to a trust, which issues interest-bearing securities that can achieve a credit rating separate from the financial institution that originates the loan. The typically higher credit rating is given because the securities that are used to fund the securitization rely solely on the cash flow created by the assets, not on the payment promise of the issuer. The monthly payments from the underlying assets—loans or receivables—typically consist of principal and interest, with principal being scheduled or unscheduled. The cash flows produced by the underlying assets can be allocated to investors in different ways. Cash flows can be directly passed through to investors after administrative fees are subtracted, thus creating a "pass-through" security; alternatively, cash flows can be carved up according to specified rules and market demand, thus creating "structured" securities."

137.The result was that the investor (the only one in the chain who has a possible claim to being holder in due course if he/she/it didn't know what was going on) who purchased the certificates on "asset-backed" security actually purchased thin air. But for a while they still got paid because some of the proceeds of the security Sale were put in a reserve pool and some of

the payments were insured by AMBAC et al, and some were paid by virtue of credit default swaps. The investor paid a premium far above the value of the Note debtor signed. That money was used to pay fees that were undisclosed to himself the debtor and the borrower to pay the investor back.

138. Thus in the modus operand almost in every case the figure claimed as being in default is either false or not susceptible of being proved, because the party attempting to foreclose in fact, does not have any document from an actual holder in due course giving him the right to enforce the Promissory Note. Nor does the "lender" admit to being potentially liable on counterclaims that relate to the behavior not only of the "lender" but all the parties (fraudsters) upstream in this largest Fraud Scheme of all time. Now the "note" in quotations is because the document attached to the assignments was NOT the real Note in many or most cases. It was a blank Note forged in blank with the signature of a person who somewhere signed at least a mortgage or home loan application and probably closed, but included people who never closed. **So the Note that was assigned was not debtor's note, it was a forged substitution. Why else would all these notes disappear? It's like holding money. Why would you rip up a ten-dollar bill unless you had told someone that it was a $100 bill and now had to show it? The notes were destroyed because they were evidence of criminal and civil fraud, on this latest likely modus operand scenario.**

Respectfully submitted,

*Edgard Gonzalez*
_____

EDGART F. GONZALEZ, In Pro Per

Date: January 21, 2009.

VERIFICATION

January 21, 2009.

1        I Herby certify that I have read the foregoing Complaint and that the

2    Foregoing contained therein are true.

3

4    _Edgart Gonzalez_

5    Edgart F. Gonzalez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Exhibit "A"**

# Exhibit "A"

43

2A

2/12

N1  [GREENBRIAR 1TD]

## NOTICE OF RIGHT TO CANCEL

51

6B-1

Loan Number: 2030030549

Borrowers: EDGART F. GONZALEZ

Property Address: 1605 EAST GREENBRIAR LANE, BREA, CALIFORNIA 92821

**YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a mortgage, lien or security interest on or in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of the transaction, which is  AUGUST 12, 2005          ; or  EFG
2. the date you receive your Truth in Lending disclosures; or
3. the date you receive this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien or security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage, lien or security interest on or in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at
MANDALAY MORTGAGE, LLC
430 EXCHANGE #250
IRVINE, CALIFORNIA 92602

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of _____
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

| | |
|---|---|
| _____ | _____ |
| Consumer's Signature | Date |
| EDGART F. GONZALEZ | |

**ACKNOWLEDGMENT OF RECEIPT**

EACH OF THE UNDERSIGNED HEREBY ACKNOWLEDGES THE RECEIPT OF TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL.

*Edgart F Gonzaly*      8-12-05
EDGART F. GONZALEZ               Date

44

N 2.    [GREENBRIAR LTD]

1/12

50

GB-1

# NOTICE OF RIGHT TO CANCEL

Loan Number: 2030030549

Borrowers: EDGART F. GONZALEZ

Property Address: 1605 EAST GREENBRIAR LANE, BREA, CALIFORNIA 92821

**YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a mortgage, lien or security interest on or in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of the transaction, which is   AUGUST 12, 2005          ; or    EFG
2. the date you receive your Truth in Lending disclosures; or
3. the date you receive this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien or security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage, lien or security interest on or in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at
MANDALAY MORTGAGE, LLC
430 EXCHANGE #250
IRVINE, CALIFORNIA 92602

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of _____ (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL.**

_____        _____
Consumer's Signature                                Date
EDGART F. GONZALEZ

**ACKNOWLEDGMENT OF RECEIPT**

EACH OF THE UNDERSIGNED HEREBY ACKNOWLEDGES THE RECEIPT OF TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL.

*Edgart F Gonzalez*        8-12-05
_____        _____
EDGART F. GONZALEZ                              Date

45

(,

3/12          60·2

N3      [GREENBRIAR·2 TD]

## NOTICE OF RIGHT TO CANCEL

39

Loan Number: 2030030557  -2*/

Borrowers: EDGART F. GONZALEZ

Property Address: 1605 EAST GREENBRIAR LANE, BREA, CALIFORNIA 92821

---

### YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage, lien or security interest on or in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of the transaction, which is  AUGUST 12, 2005      ; or   EF 6
2. the date you receive your Truth in Lending disclosures; or
3. the date you receive this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien or security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage, lien or security interest on or in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
MANDALAY MORTGAGE, LLC
430 EXCHANGE #250
IRVINE, CALIFORNIA 92602

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of _____ (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

### I WISH TO CANCEL.

_____        _____
Consumer's Signature              Date
EDGART F. GONZALEZ

---

### ACKNOWLEDGMENT OF RECEIPT

EACH OF THE UNDERSIGNED HEREBY ACKNOWLEDGES THE RECEIPT OF TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL.

Edgrt F Gonzalez    8-12-05
_____        _____
EDGART F. GONZALEZ                Date

NOTICE OF RIGHT TO CANCEL/RESCISSION MODEL FORM H-8 (GENERAL)    DocMagic ℗∆₂₁₂₃  800-649-1362
05/08/06                                                         www.docmagic.com

46

4/12

NY  [GREENBRIAR 2.TD.]                                           6B-2

## NOTICE OF RIGHT TO CANCEL

35

Loan Number: 2030030557

Borrower: EDGART F. GONZALEZ

Property Address: 1605 EAST GREENBRIAR LANE, BREA, CALIFORNIA 92821

---

**YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a mortgage, lien or security interest on or in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of the transaction, which is  AUGUST 12, 2005          ; or  CFG
2. the date you receive your Truth in Lending disclosures; or
3. the date you receive this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien or security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage, lien or security interest on or in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at
MANDALAY MORTGAGE, LLC
430 EXCHANGE #250
IRVINE, CALIFORNIA 92602

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of _____,_____ (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL.**


_____          _____
Consumer's Signature                 Date
EDGART F. GONZALEZ

---

**ACKNOWLEDGMENT OF RECEIPT**

EACH OF THE UNDERSIGNED HEREBY ACKNOWLEDGES THE RECEIPT OF TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL.


_Edgart F Gonzalez_          8-12-05
EDGART F. GONZALEZ           Date

47

NOTICE OF RIGHT TO CANCEL/RESCISSION MODEL FORM H-8 (GENERAL)
06/06/05                                      DocMagic ⒠Forms 800-649-1362
                                              www.docmagic.com

N5 [TERRA LTD]                                                    5/12

                                                                                DP-1

## NOTICE OF RIGHT TO CANCEL

Transaction I.D. No.:                                    Loan Number: 2008079134

                                                                                74

Borrower: EDGART F. GONZALEZ

Property Address: 60 TERRA VISTA, DANA POINT, CA 92629-

**YOUR RIGHT TO CANCEL:**
You are entering into a transaction that will result in a mortgage, lien, or security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of the transaction, which is _____ ; or
2. the date you receive your Truth in Lending disclosures; or
3. the date you receive this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien, or security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage, lien, or security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL:**

If you decide to cancel this transaction, you may do so by notifying us in writing.

Name of Creditor:   HOME CAPITAL FUNDING

at           3131 CAMINO DEL RIO NORTH, SUITE 400
             SAN DIEGO, CA 92108
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send a notice no later than midnight of _____ (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

                              **I WISH TO CANCEL**

_____        _____
            Date                          Borrower's Signature

### ACKNOWLEDGEMENT OF RECEIPT

BY SIGNING BELOW, I, THE UNDERSIGNED, HEREBY ACKNOWLEDGE THAT ON THE DATE LISTED ABOVE I RECEIVED TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME OF MY RIGHT TO CANCEL THIS TRANSACTION.

DATE: __8-13-05__          _Edgart F Gonzalez_
                            EDGART F. GONZALEZ
                            Borrower's Name
                           _Edgart F Gonzalez_
                            EDGART F. GONZALEZ
                                                    Borrower's Signature

48

                                LENDER SUPPORT SYSTEMS INC. GEN-030.GEN (07/05)

N6 [TERRA 1 TD]                                6/12

DP-2

## NOTICE OF RIGHT TO CANCEL

Transaction I.D. No.:                    Loan Number: 2008070134

                                         75

Borrower: EDGART F. GONZALEZ

Property Address: 60 TERRA VISTA, DANA POINT, CA 92629-

---

**YOUR RIGHT TO CANCEL:**

You are entering into a transaction that will result in a mortgage, lien, or security interest on/in your home.
You have a legal right under federal law to cancel this transaction, without cost, within three business
days from whichever of the following events occurs last:

1. the date of the transaction, which is 8-13-05                    ; or
2. the date you receive your Truth in Lending disclosures;  or
3. the date you receive this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien, or security interest is also cancelled. Within 20 calendar
days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage,
lien, or security interest on/in your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above,
but you must then offer to return the money or property. If it is impractical or unfair for you to return the
property, you must offer its reasonable value. You may offer to return the property at your home or at
the location of the property. Money must be returned to the address below. If we do not take possession
of the money or property within 20 calendar days of your offer, you may keep it without further
obligation.

**HOW TO CANCEL:**

If you decide to cancel this transaction, you may do so by notifying us in writing.

Name of Creditor:  HOME CAPITAL FUNDING

at        3131 CAMINO DEL RIO NORTH, SUITE 400
          SAN DIEGO, CA 92108

You may use any written statement that is signed and dated by you and states your intention to cancel, or
you may use this notice by dating and signing below. Keep one copy of this notice because it contains
important information about your rights.

If you cancel by mail or telegram, you must send a notice no later than midnight of
8-17-05                        (or midnight of the third business day following the latest of the
three events listed above). If you send or deliver your written notice to cancel some other way, it must be
delivered to the above address no later than that time.

                         **I WISH TO CANCEL**

_____          _____
       Date                    Borrower's Signature

---

## ACKNOWLEDGEMENT OF RECEIPT

BY SIGNING BELOW, I, THE UNDERSIGNED, HEREBY ACKNOWLEDGE THAT ON THE DATE LISTED
ABOVE I RECEIVED TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL IN THE
FORM PRESCRIBED BY LAW ADVISING ME OF MY RIGHT TO CANCEL THIS TRANSACTION.

DATE: 8-13-05          EDGART F. GONZALEZ
                       Borrower's Name

                       Edgart F Gonzalez
                       EDGART F. GONZALEZ

                                         Borrower's Signature

49

LENDER SUPPORT SYSTEMS INC. GEN-030.SBA (07/03)

N7 [TERRA 2 TD]                                    8/12

DP - 2

## NOTICE OF RIGHT TO CANCEL

Transaction I.D. No.:                    Loan Number: 2005076135

Borrower: EDGART F. GONZALEZ                                    24/

Property Address: 86 TERRA VISTA, DANA POINT, CA 92629-

---

**YOUR RIGHT TO CANCEL:**

You are entering into a transaction that will result in a mortgage, lien, or security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of the transaction, which is _May 13.05_         ; or
2. the date you receive your Truth in Lending disclosures; or
3. the date you receive this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien, or security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage, lien, or security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL:**

If you decide to cancel this transaction, you may do so by notifying us in writing.

Name of Creditor:    HOME CAPITAL FUNDING

at          3131 CAMINO DEL RIO NORTH, SUITE 400
            SAN DIEGO, CA 92108

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send a notice no later than midnight of _May 13.05_ (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____                    _____
Date                                    Borrower's Signature

---

### ACKNOWLEDGEMENT OF RECEIPT

BY SIGNING BELOW, I, THE UNDERSIGNED, HEREBY ACKNOWLEDGE THAT ON THE DATE LISTED ABOVE I RECEIVED TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME OF MY RIGHT TO CANCEL THIS TRANSACTION.

DATE: _8 - 13 - 05_

EDGART F. GONZALEZ
Borrower's Name

_Edgart F Gonzalez_
EDGART F. GONZALEZ
                                    Borrower's Signature

50

LENDER SUPPORT SYSTEMS INC. 694-630.SEN (03/05)

N8 [TERRA 2 TD]                    7/12    DP-2

## NOTICE OF RIGHT TO CANCEL

Transaction I.D. No.:                     Loan Number: 2008070135

Borrower: EDGART F. GONZALEZ                          43/

Property Address: 80 TERRA VISTA, DANA POINT, CA 92629-

**YOUR RIGHT TO CANCEL:**

You are entering into a transaction that will result in a mortgage, lien, or security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of the transaction, which is 8-12-05 EFG        ; or
2. the date you receive your Truth in Lending disclosures; or
3. the date you receive this notice of your right to cancel.

If you cancel the transaction, the mortgage, lien, or security interest is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage, lien, or security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**HOW TO CANCEL:**

If you decide to cancel this transaction, you may do so by notifying us in writing.

Name of Creditor: HOME CAPITAL FUNDING

at       3131 CAMINO DEL RIO NORTH, SUITE 400
        SAN DIEGO, CA 92108

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send a notice no later than midnight of 8-17-05 EFG (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

### I WISH TO CANCEL

_____          _____
Date                     Borrower's Signature

## ACKNOWLEDGEMENT OF RECEIPT

**BY SIGNING BELOW, I, THE UNDERSIGNED, HEREBY ACKNOWLEDGE THAT ON THE DATE LISTED ABOVE I RECEIVED TWO (2) COMPLETED COPIES OF THIS NOTICE OF RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME OF MY RIGHT TO CANCEL THIS TRANSACTION.**

DATE: 8-13-05          EDGART F. GONZALEZ
                       Borrower's Name

                       Edgart F Gonzalez
                       EDGART F. GONZALEZ
                                          Borrower's Signature

LENDER SUPPORT SYSTEMS INC. 805-990.OSN (01/00)

61

9/12
59

**NOTICE OF RIGHT TO CANCEL**

LENDER:    HOMECOMINGS FINANCIAL NETWORK, INC.
4350 VON KARMAN AVENUE, #100
NEWPORT BEACH, CA 92660

DATE: 03/21/2006
LOAN NO.: 042-777121-7
TYPE: POA:1M MTA

LB-1

BORROWERS:    EDGART F. GONZALEZ

ADDRESS:    252,254 WAVE STREET
CITY/STATE/ZIP:    LAGUNA BEACH, CA 92651
PROPERTY:

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1)    The date of the transaction, which is _____    ; or
(2)    The date you received your Truth in Lending disclosures; or
(3)    The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given us or to anyone else in connection with this transaction. You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing at:

HOMECOMINGS FINANCIAL NETWORK, INC.
4350 Von Karman Avenue, Suite 100
Newport Beach, CA 92660
FAX: 949-955-3350

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____        _____
SIGNATURE                                                      DATE

---

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

| EDGART F. GONZALEZ | Date | | Date |
|---|---|---|---|
| | Date | | Date |
| | Date | | Date |
| | Date | | Date |
| | Date | | Date |

0004616921

## INSTRUCTIONS TO CLOSING AGENT

An extra set of this Notice is provided. Please provide an original and copy to each non-applicant spouse and/or individual with an ownership interest in the property (non-applicants vested on title, including a non-applicant spouse when required by law). The dates appearing in (1) and (3) below must be calculated based on the date the signing occurs.

## National City.

# NOTICE OF RIGHT TO CANCEL

**NON-APPLICANT SPOUSE, OR NON-APPLICANT INDIVIDUAL WITH OWNERSHIP INTEREST IN PROPERTY:**

CUSTOMER'S NAME AND ADDRESS:

_____
(NAME)

**EDGART F GONZALEZ**
(NAME)
**252 254 WAVE STREET**
(STREET)
**LAGUNA BEACH, California 92651**
(CITY)                          (STATE)        (ZIP)

## Your Right to Cancel

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under the federal law to cancel this transaction, without cost, within three Business days* from whichever of the following events occurs last:

1) the date of the transaction, which is _____ **3/27/2006** or
2) the date you received your Truth in Lending disclosures; or
3) the date you receive this notice of your right to cancel.

Three business days from the last of the above events is _____ **3/30/2006** .

If you cancel the transaction, the mortgage is also cancelled. Within 20 calendar days after we receive your notice, we must take steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## How to Cancel

If you decide to cancel this transaction, you may <u>fax the signed notice to (440)546-6250, Attention NHE Operations Department,</u> or notify us in writing at the address below:

> **NATIONAL CITY BANK**
> **NATIONAL HOME EQUITY**
> **P.O. BOX 94991, LOCATOR #01-7185**
> **CLEVELAND, OH 44101-8981**
> **Attention: NHE OPERATIONS DEPARTMENT**

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of the third business day following the latest of the three events listed above. If you send or deliver your written notice to cancel some other way, it must be must be delivered to the above address no later than that time.

*Business day means all calendar days except Sundays and legal public holidays as specified in 5 U.S.C. 6103(a) such as New Year's Day, Martin Luther King Day, President's Day, Memorial Day, Independence Day, Columbus Day, Veteran's Day, Thanksgiving Day and Christmas Day.

## REQUEST TO CANCEL

# <u>Sign below, ONLY if you wish to cancel this loan:</u>

# I WISH TO CANCEL:

_____
Signature

_____
Date

RTCLONA (6/05)

53



RT2CAN-B5-LO-V1_1

**INSTRUCTIONS TO CLOSING AGENT**
An extra set of this Notice is provided.  Please provide an original and copy to each Individual with an Ownership interest in the property (non-applicants vested on title, including a non-applicant spouse when required by law). The dates appearing in (1) and (3) below must be calculated based on the date the signing occurs.

**National City®**

# NOTICE OF RIGHT TO CANCEL
### CUSTOMER'S NAME AND ADDRESS

<u>EDGART F GONZALEZ</u>
(NAME)
<u>252 254 WAVE STREET</u>
(STREET)
<u>LAGUNA BEACH</u>, California 92651
(CITY)                    (STATE)          (ZIP)

(ORIGINATOR)

## Your Right to Cancel
You are entering into a transaction that will result in a mortgage on your home.  You have a legal right under the federal law to cancel this transaction, without cost, within three Business days* from whichever of the following events occurs last:

  1)  the date of the transaction, which is _____ **3/27/2006** or
  2)  the date you received your Truth in Lending disclosures; or
  3)  the date you receive this notice of your right to cancel.
Three business days from the last of the above events is _____ **3/30/2006**

If you cancel the transaction, the mortgage is also cancelled.  Within 20 calendar days after we receive your notice, we must take steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property.  If it is impractical or unfair for you to return the property, you must offer its reasonable value.  You may offer to return the property at your home or at the location of the property.  Money must be returned to the address below.  If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## How to Cancel
If you decide to cancel this transaction, <u>**you may fax the signed notice to (440)546-6250, Attention NHE Operations Department,**</u> or notify us in writing at the address below:

**NATIONAL CITY BANK**
**NATIONAL HOME EQUITY**
**P.O. BOX 94991, LOCATOR #01-7185**
**CLEVELAND, OH 44101-8981**
**Attention: NHE OPERATIONS DEPARTMENT**

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below.  Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of the third business day following the latest of the three events listed above.  If you send or deliver your written notice to cancel some other way, it must be must be delivered to the above address no later than that time.

*Business day means all calendar days except Sundays and legal public holidays as specified in 5 U.S.C. 6103(a) such as New Year's Day, Martin Luther King Day, President's Day, Memorial Day, Independence Day, Columbus Day, Veteran's Day, Thanksgiving Day and Christmas Day.

# REQUEST TO CANCEL
# <u>Sign below, ONLY if you wish to cancel this loan:</u>

# I WISH TO CANCEL:

_____                                    _____
Signature                                                          Date

NH6DB1R (6/05)

N13 [WAVE ... SECOND REFINANCE]
10/2

24

LB-2

**INSTRUCTIONS TO CLOSING AGENT**                     0004934389

An extra set of this Notice is provided. Please provide an original and copy to each individual with an Ownership interest in the property (non-applicant spouse where required by law). The dates appearing in (1) and (3) below must be calculated based on the date the signing occurs.

**National City.**                          **NOTICE OF RIGHT TO CANCEL**

CUSTOMER'S NAME AND ADDRESS

EDGAR F GONZALEZ
(NAME)
222 AND 224 RAFT STREET
(STREET)
LAGUNA BEACH, California 92651
(CITY)                    (STATE)        (ZIP)

(ORIGINATOR)

**Your Right to Cancel**

We have agreed to establish an open-end credit account for you and you have agreed to give us a mortgage on your home as security for the account. The account includes the right to obtain non-purchase money advances and it may include a purchase money advance, as described in the Equity Line of Credit (Purchase Money Transaction) section below. You have a legal right under federal law to cancel the non-purchase money part of the transaction without cost, within three business days* from whichever of the following events occurs last:

1) the opening date of your account, which is  10/31/2006 ; or
2) the date you received your Truth in Lending disclosures; or
3) the date you receive this notice of your right to cancel.

Three business days from the last of the above events is  10/31/2006 .

**EQUITY LINE OF CREDIT (PURCHASE MONEY TRANSACTION):**

A right to cancel does not apply to the creation of advances used to finance the purchase or initial construction of your home ("purchase advance"). However, the Equity Line of Credit is a revolving line of credit and you have a continuous right to use the line to the extent you have not advanced all of the line or as the line becomes available to you as you pay down any purchase advances. Therefore you have the right to rescind access to non- purchase money advances. Because of this right, all individuals who have an interest in the subject property must be provided with an original and copy of this Notice of Right to Cancel for this line of credit.

If you cancel, your cancellation will apply only to the non-purchase part of the transaction and to the portion of the mortgage that resulted from the non-purchase part of the transaction. It will not affect the amount that you owe for the purchase advance, and it will not affect the mortgage we have on your home to secure the purchase advance. If you cancel, your line privileges for non-purchase money credit advances will be cancelled. Within 20 calendar days after we receive your notice of cancellation, we must take the necessary steps to reflect the fact that your home does not secure the non-purchase part of the transaction. After we do this, your home will secure the purchase advance. We must also return to you any money or property you have given to us, or anyone else in connection with the non-purchase part of the transaction.

You may keep any non-purchase credit advance money or property given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address shown below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**How to Cancel**

If you decide to cancel the non-purchase part of the transaction, you may fax the signed notice to (440)348-6238, Attention NHE Operations Department, or notify us in writing at the address below:

NATIONAL CITY BANK
NATIONAL HOME EQUITY
P.O. BOX 54091, LOCATOR #01-7185
CLEVELAND, OH 44101-0991
Attention: NHE OPERATIONS DEPARTMENT

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below. Keep one copy of this notice no matter how you notify us because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of date stated in the top portion of this notice (or midnight of the third business day following the least of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

*Business day means all calendar days except Sundays and legal public holidays as specified in 5 U.S.C. 6103(a): New Year's Day, Martin Luther King Day, President's Day, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day and Christmas Day.

**REQUEST TO CANCEL**

# Sign below, ONLY if you wish to cancel the Transaction

(if part of the transaction is purchase money, that part cannot be cancelled):

**I WISH TO CANCEL:**

_____          _____
(Consumer's Signature)                (Date)

N12CAN-84-LLV1_1

55

**Exhibit "B"**

# Exhibit "B"

56

Requested and Prepared by:

**FIRST AMERICAN TITLE INSURANCE
COMPANY**

When Recorded Mail To:
**FIRST AMERICAN LOANSTAR TRUSTEE SERVICES
P.O. BOX 961253
FORT WORTH, TX 76161**          877-276-1894

TSG No.:        3602290
TS No.:         20089134000325
FHA/VA/PMI No.:

Space above this line for Recorder's use only

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED **08/12/2005**. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On **5/21/2008** at **9:00 AM, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**, as duly appointed Trustee under and pursuant to Deed of Trust recorded **8/19/2005**, as Instrument No. **2005000652568**, in book , page , of Official Records in the office of the County Recorder of **ORANGE** County, State of **CALIFORNIA**. Executed by:

**EDGART F. GONZALEZ, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**

WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (Payable at time of sale in lawful money of the United States) **AT THE ENTRANCE TO THE ORANGE CITY HALL, 300 EAST CHAPMAN AVENUE, ORANGE, CA**

All right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State described as: AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST APN# **319-123-08**

The street address and other common designation, if any, of the real property described above is purported to be:

### 1605 EAST GREENBRIAR LANE, BREA, CA 92821

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is **$583,499.62**. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the County where the real property is located.

**FIRST AMERICAN TITLE INSURANCE COMPANY**          Date:  **5/1/2008**
**First American LoanStar Trustee Services**
**3 First American Way**
**Santa Ana, CA 92707**

**Original document signed by Authorized Agent**

— FOR TRUSTEE'S SALE
INFORMATION PLEASE CALL 925-603-7342

FIRST AMERICAN LOANSTAR TRUSTEE SERVICES MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

57

**Default Division**

Recording requested by:
Quality Loan Service Corp

When recorded mail to:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY
RECORDER ON:  __February 13, 2008__
AS DOCUMENT NO.:  __64294__
BY:  __s/ Kelly Garcia__
    FIDELITY NATIONAL DEFAULT SOLUTIONS

Space above this line for Recorder's use

TS No.: CA-08-133350-RM                      Loan No.: 0013998885

# IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL
## UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION.** You may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account (normally five business days prior to the date set for the sale of your property). No sale may be set until three months from the date this notice of default is recorded (which date of recordation appears on this notice). This amount is $17,884.36 as of 2/12/2008 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have the pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**EMC Mortgage Corporation**
**C/O Quality Loan Service Corp.**
**2141 5th Avenue**
**San Diego, CA 92101**
**619-645-7711**

58

TS No.: CA-08-133350-RM
Loan No.: 0013998885
**Notice of Default and Election To Sell Under Deed of Trust**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.  Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, **YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN:  That the undersigned is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 8/10/2005, executed by EDGART F. GONZALES, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR HOME CAPITAL FUNDING, as beneficiary, recorded 8/19/2005, as Instrument No. 2005000652601, in Book xxx, Page xxx of Official Records in the Office of the Recorder of  ORANGE County, California describing land therein:  **as more fully described in said Deed of Trust.**

Said obligations including 1 NOTE(S) FOR THE ORIGINAL sum of $572,000.00, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Installment of principal and interest plus impounds and / or advances which became due on 11/1/2007 plus amounts that are due or may become due for the following: late charges, delinquent property taxes, insurance premiums, advances made on senior liens, taxes and/or insurance, trustees fees, and any attorney fees and court costs arising from or associated with beneficiaries effort to protect and preserve its security must be cured as a condition of reinstatement.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: 2/12/2008              Quality Loan Service Corp., AS AGENT FOR BENEFICIARY
                             BY: Fidelity National Title CA II

_____
                          Anselmo Pagkaliwangan

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

RECORDING REQUESTED BY
**ETS Services, LLC**

AND WHEN RECORDED MAIL TO:
**ETS Services, LLC**
**2255 North Ontario Street, Suite 400**
**Burbank, California 91504-3120**

T.S. No. GM-134784-C
Loan No. 0021514435

SPACE ABOVE THIS LINE FOR RECORDER'S Use

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 3/21/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

| | |
|---|---|
| TRUSTOR:**EDGART F. GONZALEZ, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY** | |

Recorded 3/27/2006 as Instrument No. **2006000198616** in Book , page  of
Official Records in the office of the Recorder of **Orange** County, California,
Date of Sale:**7/10/2008** at **2:00 PM**

| Place of Sale: | At the North front entrance to the County Courthouse, 700 Civic Center Drive West, Santa Ana, California |
|---|---|
| Property Address is purported to be: | 252 254 WAVE STREET LAGUNA BEACH, California 92651 |

APN #: 053-144-05

The total amount secured by said instrument as of the time of initial publication of this notice is **$1,347,956.89**, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

| | |
|---|---|
| | **ETS Services, LLC** |
| Date: 6/9/2008 | **2255 North Ontario Street, Suite 400** **Burbank, California 91504-3120** **Sale Line: 714-259-7850** |
| | **Christine Gomez-Schwab, TRUSTEE SALE OFFICER** |

60

# Exhibit "C"

# Exhibit "C"



2,

November 28, 2007


America's Servicing Co.
7495 New Horizon Way
Frederick, MD 21703

My name is Edgart F Gonzalez and I've been paying the mortgage on our home
At: 1605 Greenbriar Ln. Brea CA. 92821 for 6 years now. I'm writing to you to explain
why I have unfortunately fallen behind on our monthly payments.

I'm having problems making my monthly payments because of financial difficulties
Created by Reduced Income on my business .

In the month of October we fall short about $15,000 on income on our home, it happened
on November and would be this way for about 12 to 18 months, we have client's
permitting in process for a full house, where we have contract to sell the package of
materials trough our business, we just are dealing with the city of La Habra Heights to
have our permitting process completed, once it is done our client will obtain the loan and
pay to us the contract, all that has to happened in the next 6 months and that will bring us
in a better shape to do our payments hopping to be recovered in full in the next 18 to 24
months.

I have sat down with my family and taken a very hard look at our financial situation and
we all have agreed to make the following sacrifices in order to make certain that this
situation never happens again.

I'm working to correct my Financial Position : canceled cable, cell phone, eliminated
activities out home, met with Credit Counseling Services.


My family and I are truly grateful for the opportunity that you've give us to own our
home and have every intention of keeping it for a long while, as well as making timely
Mortgage payments to you for it. Our children will grow up here and we hope that our
Grandchildren will also.

Thank you again and we whish you all the best!

Edgart F. Gonzalez
2500 E Imperial Hwy.
#201-144
Brea CA. 92821
Loan number 1158021609

63



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.41 | 0484 |
| Certified Fee | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.21 | 11/24/2007 |

Sent To: AMERICA'S SERVICING CO.
Street, Apt. No.; or PO Box No. 7495 NEW HORIZON WAY
City, State, ZIP+4 FREDERICK, MD 21703

PS Form 3800, August 2006          See Reverse for Instructions

69

November 28, 2007

America's Servicing Co.
7495 New Horizon Way
Frederick, MD 21703

My name is Edgart F Gonzalez and I've been paying the mortgage on our home
At: 1605 Greenbriar Ln. Brea CA. 92821 for 6 years now. I'm writing to you to explain
why I have unfortunately fallen behind on our monthly payments.

I'm having problems making my monthly payments because of financial difficulties
Created by Reduced Income on my business .

In the month of October we fall short about $15,000 on income on our home, it happened
on November and would be this way for about 12 to 18 months, we have client's
permitting in process for a full house, where we have contract to sell the package of
materials trough our business, we just are dealing with the city of La Habra Heights to
have our permitting process completed, once it is done our client will obtain the loan and
pay to us the contract, all that has to happened in the next 6 months and that will bring us
in a better shape to do our payments hopping to be recovered in full in the next 18 to 24
months.

I have sat down with my family and taken a very hard look at our financial situation and
we all have agreed to make the following sacrifices in order to make certain that this
situation never happens again.

I'm working to correct my  Financial Position : canceled cable, cell phone, eliminated
activities out home, met with Credit Counseling Services.


My family and I are truly grateful for the opportunity that you've give us to own our
home and have every intention of keeping it for a long while, as well  as making timely
Mortgage payments to you for it. Our children will grow up here and we hope that our
Grandchildren will also.

Thank you again  and we whish you all the best!

Edgart F. Gonzalez
2500 E Imperial Hwy.
#201-144
Brea CA. 92821
Loan number 1158021610



66

6

November 28, 2007

America's Servicing Co.
7495 New Horizon Way
Frederick, MD 21703

My name is Edgart F Gonzalez and I've been paying the mortgage on our home
At: 80 Terra Vista Dana Point, CA 92629 for 3 years now. I'm writing to you to explain
why I have unfortunately fallen behind on our monthly payments.

I'm having problems making my monthly payments because of financial difficulties
Created by Reduced Income on my business .

In the month of October we fall short about $15,000 on income on our home, it happened
on November and would be this way for about 12 to 18 months, we have client's
permitting in process for a full house, where we have contract to sell the package of
materials trough our business, we just are dealing with the city of La Habra Heights to
have our permitting process completed, once it is done our client will obtain the loan and
pay to us the contract, all that has to happened in the next 6 months and that will bring us
in a better shape to do our payments hopping to be recovered in full in the next 18 to 24
months.

I have sat down with my family and taken a very hard look at our financial situation and
we all have agreed to make the following sacrifices in order to make certain that this
situation never happens again.

I'm working to correct my Financial Position : canceled cable, cell phone, eliminated
activities out home, met with Credit Counseling Services.

My family and I are truly grateful for the opportunity that you've give us to own our
home and have every intention of keeping it for a long while, as well as making timely
Mortgage payments to you for it.

Thank you again and we whish you all the best!

Edgart F. Gonzalez
2500 E Imperial Hwy.
#201-144
Brea CA. 92821
Loan number 1218108324

67



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To HOMECOMING FINANCIAL
Street, Apt. No.; or PO Box No. P.O. BOX 205
City, State, ZIP+4 WATERLOO, IA 50704-0205

7006 2760 0003 8385 5527

69

November 28, 2007

8

Homecoming Financial
Customer Care
P.O. Box 205
Waterloo, IA 50704-0205

My name is Edgart F Gonzalez and I've been paying the mortgage on our home
At: 252 254 Wave Street Laguna Beach, CA 92651 for 3 years now. I'm writing to you to
explain why I have unfortunately fallen behind on our monthly payments.

I'm having problems making my monthly payments because of financial difficulties
Created by Reduced Income on my business .

In the month of October we fall short about $15,000 on income on our home, it happened
on November and would be this way for about 12 to 18 months, we have client's
permitting in process for a full house, where we have contract to sell the package of
materials trough our business, we just are dealing with the city of La Habra Heights to
have our permitting process completed, once it is done our client will obtain the loan and
pay to us the contract, all that has to happened in the next 6 months and that will bring us
in a better shape to do our payments hopping to be recovered in full in the next 18 to 24
months.

I have sat down with my family and taken a very hard look at our financial situation and
we all have agreed to make the following sacrifices in order to make certain that this
situation never happens again.

I'm working to correct my Financial Position : canceled cable, cell phone, eliminated
activities out home, met with Credit Counseling Services.

My family and I are truly grateful for the opportunity that you've give us to own our
home and have every intention of keeping it for a long while, as well as making timely
Mortgage payments to you for it.

Thank you again and we whish you all the best!

Edgart F. Gonzalez
2500 E Imperial Hwy.
#201-144
Brea CA. 92821
Loan number 7427771217

68



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | | |
| Certified Fee | | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | | |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | | |

Sent To NATIONAL CITY BANK
Street, Apt. No.; or PO Box No. P.O. BOX 5570
City, State, ZIP+4 CLEVELAND, OH 44101-0570

PS Form 3800, August 2006    See Reverse for Instructions

7006 2760 0003 8400 2852

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NATIONAL CITY BANK
CUSTOMER CARE
P.O. BOX 5570
CLEVELAND, OH 44101-0570

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
DEC 3 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0003 8400 2852

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

71

November 28, 2007

*10*

National City Bank
Customer Care
P.O. Box 5570
Cleveland, OH 44101-0570

My name is Edgart F Gonzalez and I've been paying the mortgage on our home
At: 252 254 Wave Street Laguna Beach, CA 92651 for 3 years now. I'm writing to you to
explain why I have unfortunately fallen behind on our monthly payments.

I'm having problems making my monthly payments because of financial difficulties
Created by Reduced Income on my business .

In the month of October we fall short about $15,000 on income on our home, it happened
on November and would be this way for about 12 to 18 months, we have client's
permitting in process for a full house, where we have contract to sell the package of
materials trough our business, we just are dealing with the city of La Habra Heights to
have our permitting process completed, once it is done our client will obtain the loan and
pay to us the contract, all that has to happened in the next 6 months and that will bring us
in a better shape to do our payments hopping to be recovered in full in the next 18 to 24
months.

I have sat down with my family and taken a very hard look at our financial situation and
we all have agreed to make the following sacrifices in order to make certain that this
situation never happens again.

I'm working to correct my Financial Position : canceled cable, cell phone, eliminated
activities out home, met with Credit Counseling Services.

My family and I are truly grateful for the opportunity that you've give us to own our
home and have every intention of keeping it for a long while, as well as making timely
Mortgage payments to you for it.

Thank you again and we whish you all the best!

Edgart F. Gonzalez
2500 E Imperial Hwy.
#201-144
Brea CA. 92821
Loan number 4489-6183-2114-1294

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EMC MORTGAGE CORP.
CUSTOMER SERVICE DEPARTMENT
P. O. BOX 293150
LEWISVILLE, TX
75029-3150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Mazen ElMuhanmed    12 3 07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

18

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0003 8385 5510

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

72

19

November 28, 2007

EMC Mortgage Corp
Customer Service Department
P.O. Box 293150
Lewisville, TX 75029-3150

My name is Edgart F Gonzalez and I've been paying the mortgage on our home
At: 80 Terra Vista Dana Point, CA 92629 for 3 years now. I'm writing to you to explain
why I have unfortunately fallen behind on our monthly payments.

I'm having problems making my monthly payments because of financial difficulties
Created by Reduced Income on my business .

In the month of October we fall short about $15,000 on income on our home, it happened
on November and would be this way for about 12 to 18 months, we have client's
permitting in process for a full house, where we have contract to sell the package of
materials trough our business, we just are dealing with the city of La Habra Heights to
have our permitting process completed, once it is done our client will obtain the loan and
pay to us the contract, all that has to happened in the next 6 months and that will bring us
in a better shape to do our payments hopping to be recovered in full in the next 18 to 24
months.

I have sat down with my family and taken a very hard look at our financial situation and
we all have agreed to make the following sacrifices in order to make certain that this
situation never happens again.

I'm working to correct my Financial Position : canceled cable, cell phone, eliminated
activities out home, met with Credit Counseling Services.


My family and I are truly grateful for the opportunity that you've give us to own our
home and have every intention of keeping it for a long while, as well as making timely
Mortgage payments to you for it.


Thank you again and we whish you all the best!

Edgart F. Gonzalez
2500 E Imperial Hwy.
#201-144
Brea CA. 92821
Loan number 0013998885

73

Edgart F Gonzalez / John O'Kane
2500 E Imperial Hwy #201-144
Brea, CA 92821

MANDALAY MORTGAGE, LLC
430 EXCHANGE #250
IRVINE CA 92602

RETURN RECEIPT
REQUESTED

9260243311 6655



NIXIE    927    4C 1    02 05/17/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92821812299        *0462-10165-15-30

CERTIFIED MAIL

U.S. POSTAGE
LOS ANGELES,CA
HWY 18,08
AMOUNT:
$5.32
00404280-14

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0017 |
| Certified Fee | | $2.70 | 14 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 05/16/2008 |

Postmark Here

Sent To   MANDALAY MORTGAGE, LLC
Street, Apt. No.; or PO Box No.   430 EXCHANGE #250
City, State, ZIP+4   IRVINE, CA 92602

PS Form 3800, August 2006                See Reverse for Instructions

7008 0150 0002 7248 6659

24/1

74

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
MANDALAY MORTGAGE, LLC
430 EXCHANGE #250
IRVINE  CA  92602
Tel:  714.210.6363

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  2030030549

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

2/24

75

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 2030030549 C/O
MANDALAY MORTGAGE, LLC
430 EXCHANGE #250
IRVINE CA 92602
Tel: 714.210.6363

RE: Edgart F Gonzalez
Property Address: 1605 EAST GREENBRIAR LANE, BREA, CA 92821
Parcel Number: 319-123-08
Trust Deed Number: 2005000652568

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with MANDALAY MORTGAGE, LLC on August 12, 2005. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. See § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

3

76