**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0017 |
| Certified Fee | $2.70 | |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 08/15/2008 |

7008 0150 0002 7248 6781

Sent To: AMERICA'S SERVICING CO
Street, Apt. No.; or PO Box No. PO BOX 10388
City, State, ZIP+4 DES MOINES IA 50306-0388

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMERICA'S SERVICING CO
PO BOX 10388
DES MOINES IA 50306-0388

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAY 19 2008

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 0150 0002 7248 6781

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

80

7

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
AMERICA'S SERVICING CO
P.O. BOX 10388
DES MOINES   IA   50306-0388
Tel: 866.567.8440
Fax: 866.453.6315

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan # 1158021610

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

5

78

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1158021610  C/O
AMERICA'S SERVICING CO
P.O. BOX 10388
DES MOINES  IA  50306-0388
Tel: 866.567.8440
Fax: 866.453.6315

RE:  Edgart F Gonzalez
Property Address: 1605 EAST GREENBRIAR LANE,  BREA,  CA  92821
Parcel Number: 319-123-08
Trust Deed Number: 2005000652568

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with
MANDALAY MORTGAGE, LLC on August 12, 2005. I have been authorized by my clients to rescind
this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. §
1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative
grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

6

79

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | | 0017 |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

Postmark Here
05/15/2008

Sent To
AMERICA'S SERVICING CO
Street, Apt. No.; or PO Box No.
P O BOX 961253
City, State, ZIP+4
FORT WORTH TX 76161

PS Form 3800, August 2006      See Reverse for Instructions

7008 0150 0002 7248 6804

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AMERICA'S SERVICING CO
P O BOX 961253
FORT WORTH TX 76161

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Michael Cordell     ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

MAY 1 9 2008

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7008 0150 0002 7248 6804

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

4

77

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
AMERICA'S SERVICING CO
P.O. BOX 961253
FORT WORTH  TX  76161
Tel: 817.699.6035
Fax: 817.699.1484

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  1158021610

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

ß

81

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1158021610 C/O
AMERICA'S SERVICING CO
P.O. BOX 961253
FORT WORTH TX 76161
Tel: 817.699.6035
Fax: 817.699.1484

RE: Edgart F Gonzalez
Property Address: 1605 EAST GREENBRIAR LANE, BREA, CA 92821
Parcel Number: 319-123-08
Trust Deed Number: 2005000652568

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with MANDALAY MORTGAGE, LLC on August 12, 2005. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

9

82

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

| | | 0017 |
|---|---|---|
| Postage | $ $0.42 | |
| Certified Fee | $2.70 | |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.32 | |

Postmark Here
MAY 15 2008
LOS ANGELES, CA 90017 USPS
FOY STATION
05/15/2008

7008 7248 6835

7008 0150 0002 7248 6835

Sent To
*FIRST AMERICAN LOANSTAR TRUSTEE SERVICES*
Street, Apt No. or PO Box No.
*P O BOX 961253*
City, State, ZIP+4
*FORT WORTH TX 76161*

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*FIRST AMERICAN LOANSTAR
    TRUSTEE SERVICES*

*P O BOX 961253*

*FORT WORTH TX 76161*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   Michael Cordell      ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

MAY 19 2008

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 0150 0002 7248 6835

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

10

83

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
DeeAnn Gregory
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES
P.O. BOX 961253
FORT WORTH  TX  76161
Tel: 817.699.6035
Fax: 817.699.1484

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  1158021610

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

11

84

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1158021610 C/O
DeeAnn Gregory
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES
P.O. BOX 961253
FORT WORTH  TX 76161
Tel: 817.699.6035
Fax: 817.699.1484



RE:  Edgart F Gonzalez
Property Address: 1605 EAST GREENBRIAR LANE,  BREA,  CA  92821
Parcel Number: 319-123-08
Trust Deed Number: 2005000652568

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with MANDALAY MORTGAGE, LLC on August 12, 2005. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z §  226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

12

85

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

Sent To
FIRST AMERICAN TITLE INSURANCE COMPANY
Street, Apt. No.; or PO Box No. 3 FIRST AMERICAN WAY
City, State, ZIP+4 SANTA ANA CA 92707

PS Form 3800, August 2006                See Reverse for Instructions

7008 0150 0002 7248 6811

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FIRS AMERICAN TITLE INSURANCE
COMPANY
3 FIRST AMERICAN WAY
SANTA ANA CA 92707

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAY 16

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7008 0150 0002 7248 6811

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

86

13

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
FIRST AMERICAN TITLE INSURANCE COMPANY   C/O  FIRST AMERICAN LOANSTAR
TRUSTEE SERVICES
3 FIRST AMERICAN WAY
SANTA ANA  CA  92707

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  1158021610

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

87

14

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1158021610 C/O
FIRST AMERICAN TITLE INSURANCE COMPANY   FOR FIRST AMERICAN LOANSTAR
TRUSTEE SERVICES
3 FIRST AMERICAN WAY
SANTA ANA  CA 92707

RE:  Edgart F Gonzalez
Property Address: 1605 EAST GREENBRIAR LANE,  BREA,  CA  92821
Parcel Number: 319-123-08
Trust Deed Number: 2005000652568

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with
MANDALAY MORTGAGE, LLC on August 12, 2005. I have been authorized by my clients to rescind
this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. §
1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative
grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

88

15



16

B9

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
AL SEASTRAND   C/O  MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., ("MERS")
2216 16TH STREET
SACRAMENTO   CA  95818


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  2030030549

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law

May/14/2008



John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 2030030549 C/O
AL SEASTRAND  AGENT FOR SERVICE OF PROCES  FOR MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, INC., ("MERS")
2216 16TH STREET
SACRAMENTO  CA  95818

RE:  Edgart F Gonzalez
Property Address: 1605 EAST GREENBRIAR LANE,  BREA,  CA  92821
Parcel Number: 319-123-08
Trust Deed Number: 2005000652568

Dear owner/holder of the obligation of the Loan:

     I represent the Consumers concerning the loan transaction which they entered into with
MANDALAY MORTGAGE, LLC on August 12, 2005. I have been authorized by my clients to rescind
this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. §
1635, Regulation Z §  226.23 In addition, the Consumers reserve all rights to raise additional or alternative
grounds for rescission under state or federal law.
     The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. See § 15 U.S.C. 1635(f).

     My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.
     Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.
     The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

     We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

18

91



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| | $0.42 | 0017 |
| Postage | $ | $2.70 |
| Certified Fee | | $2.20 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $5.32 |
| Total Postage & Fees | $ | |

Sent To CT CORPORATION SYSTEM
Street, Apt. No; or PO Box No. 818 WEST SEVENTH ST
City, State, ZIP+4 LOS ANGELES CA 90017

7008 0150 0002 7248 6842

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES CA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rudy Rivera*          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
RUDY RIVERA          3.16.08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7008 0150 0002 7248 6842

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

19

92

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1158021610 C/O
C T CORPORATION SYSTEM  AGENT FOR SERVICE OF PROCES  FOR HSBC Bank USA,
NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-
HE7
818 WEST SEVENTH ST
LOS ANGELES  CA  90017

RE:  Edgart F Gonzalez
Property Address: 1605 EAST GREENBRIAR LANE,  BREA,  CA 92821
Parcel Number: 319-123-08
Trust Deed Number: 2005000652568

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with
MANDALAY MORTGAGE, LLC on August 12, 2005. I have been authorized by my clients to rescind
this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. §
1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative
grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

20

93

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
C T CORPORATION SYSTEM    C/O  HSBC Bank USA, NATIONAL ASSOCIATION, AS TRUSTEE
FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7
818 WEST SEVENTH ST
LOS ANGELES  CA  90017


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  1158021610

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).



Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law

21

94

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.42 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.32 |

05/15/2008

Sent To _CT CORPORATION SYSTEM_
Street, Apt. No.; or PO Box No. _818 WEST SEVENTH ST_
City, State, ZIP+4 _LOS ANGELES CA 90017_

PS Form 3800, August 2006                     See Reverse for Instructions

7008 0150 0002 7248 6798

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_CT CORPORATION SYSTEM_
_818 WEST SEVENTH ST_
_LOS ANGELES    CA 90017_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rudy Rivera_  ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
_RUDY Rivera CA_    _5.16.08_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)   7008 0150 0002 7248 6798

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

22

95

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
C T CORPORATION SYSTEM    C/O  ALLIANCE TITLE COMPANY, INC.
818 WEST SEVENTH ST
LOS ANGELES  CA  90017


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  1158021610

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).


Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

23

96

May/14/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1158021610 C/O
C T CORPORATION SYSTEM  AGENT FOR SERVICE OF PROCES  FOR ALLIANCE TITLE
COMPANY, INC.
818 WEST SEVENTH ST
LOS ANGELES  CA  90017

RE:  Edgart F Gonzalez
Property Address: 1605 EAST GREENBRIAR LANE, BREA, CA 92821
Parcel Number: 319-123-08
Trust Deed Number: 2005000652568

Dear owner/holder of the obligation of the Loan:

       I represent the Consumers concerning the loan transaction which they entered into with
MANDALAY MORTGAGE, LLC on August 12, 2005. I have been authorized by my clients to rescind
this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. §
1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative
grounds for rescission under state or federal law.
      The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. See § 15 U.S.C. 1635(f).

      My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.
      Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.
      The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

      We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

24

47



98

1/9

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
MANDALAY MORTGAGE, LLC
430 EXCHANGE #250
IRVINE  CA  92602

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  2030030557

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

99

2

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 2030030557 C/O
MANDALAY MORTGAGE, LLC
430 EXCHANGE #250
IRVINE  CA 92602

RE: EDGART F GONZALEZ
Property Address: 1605 EAST GREENBRIAR LANE, BREA, CA 92821
Parcel Number: 319-123-08

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with MANDALAY MORTGAGE, LLC on 8/12/2005. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. See § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

3

100



101

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
AMERICA'S SERVICING CO
P.O. BOX 60768
LOS ANGELES  CA  90060-0768


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  1158021609

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law

5

102

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1158021609 C/O
AMERICA'S SERVICING CO
P.O. BOX 60768
LOS ANGELES  CA 90060-0768

RE: EDGART F GONZALEZ
Property Address: 1605 EAST GREENBRIAR LANE, BREA, CA 92821
Parcel Number: 319-123-08

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with MANDALAY MORTGAGE, LLC on 8/12/2005. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

6

103



7005 1820 0001 5644 8364

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
AMERICA'S SERVICING CO
P.O. BOX 10388
DES MOINES   IA   50306-0388


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  1158021609

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law

105                                                                                    B

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1158021609 C/O
AMERICA'S SERVICING CO
P.O. BOX 10388
DES MOINES IA 50306-0388

RE: EDGART F GONZALEZ
Property Address: 1605 EAST GREENBRIAR LANE, BREA, CA 92821
Parcel Number: 319-123-08

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with MANDALAY MORTGAGE, LLC on 8/12/2005. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

9

100



7005 1820 0001 5644 8517

1/27

107

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
ANSELMO PAGKALIWANGAN
QUALITY LOAN SERVICE CORP / EMC MORTGAGE CORPORATION
2141 5TH AVENUE
SAN DIEGO CA 92101


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan # 0013998885

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).


Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law


108

2

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 0013998885 C/O
ANSELMO PAGKALIWANGAN
QUALITY LOAN SERVICE CORP AGENT FOR BENEFICIARY
EMC MORTGAGE CORPORATION
2141 5TH AVENUE
SAN DIEGO  CA  92101

RE: EDGART F GONZALEZ
Property Address: 80 TERRA VISTA, DANA POINT, CA  92629
Parcel Number: 939-473-53

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with HOME CAPITAL FUNDING on 8/13/2005. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. See § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O/Kane
Attorney at Law

*3*



SENDER: *COMPLETE THIS SECTION*    COMPLETE THIS SECTION ON DELIVERY

7005 1820 0001 5644 8524

4

110

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
EMC MORTGAGE CORPORATION
P. O. BOX 660753
DALLAS   TX  75266-0753

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  0013998885

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

5

ııl

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 0013998885  C/O
EMC MORTGAGE CORPORATION
P. O. BOX 660753
DALLAS  TX 75266-0753

RE: EDGART F GONZALEZ
Property Address: 80 TERRA VISTA,  DANA POINT, CA  92629
Parcel Number: 939-473-53

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with  HOME
CAPITAL FUNDING  on 8/13/2005. I have been authorized by my clients to rescind this transaction and
hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z §
226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission
under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. See § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

112

6



7005 1820 0001 5644 8470

7

113

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
HOME CAPITAL FUNDING
3131 CAMINO DEL RIO NORTH, SUITE 400
SAN DIEGO   CA  92108

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  2005070134

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

8

11A

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 2005070134 C/O
HOME CAPITAL FUNDING
3131 CAMINO DEL RIO NORTH, SUITE 400
SAN DIEGO  CA 92108

RE: EDGART F GONZALEZ
Property Address: 80 TERRA VISTA,  DANA POINT,  CA  92629
Parcel Number: 939-473-53

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with  HOME
CAPITAL FUNDING  on  8/13/2005. I have been authorized by my clients to rescind this transaction and
hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z §
226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission
under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. See § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law



7005 1820 0001 5644 8494

10

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
TORREY N/A LARSEN   C/O HOME CAPITAL FUNDING
3131 CAMINO DEL RIO NORTH, SUITE 400
SAN DIEGO  CA 92108


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan # 2005070134

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).


Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law

ll

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 2005070134 C/O
TORREY N/A LARSEN  AGENT FOR SERVICE OF PROCESS  FOR HOME CAPITAL FUNDING
3131 CAMINO DEL RIO NORTH, SUITE 400
SAN DIEGO  CA  92108

RE: EDGART F GONZALEZ
Property Address: 80 TERRA VISTA,  DANA POINT, CA  92629
Parcel Number: 939-473-53

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with  HOME CAPITAL FUNDING  on 8/13/2005. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. See § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

12

118



May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
C T CORPORATION SYSTEM   C/O  FIDELITY NATIONAL TITLE COMPANY OF CALIFORNIA
818 WEST SEVENTH ST
LOS ANGELES  CA  90017


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  0013998885

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).


Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law


17

120

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 0013998885 C/O
C T CORPORATION SYSTEM  AGENT FOR SERVICE OF PROCESS  FOR FIDELITY NATIONAL
TITLE COMPANY OF CALIFORNIA
818 WEST SEVENTH ST
LOS ANGELES  CA  90017

RE: EDGART F GONZALEZ
Property Address: 80 TERRA VISTA, DANA POINT, CA  92629
Parcel Number: 939-473-53

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with  HOME
CAPITAL FUNDING  on 8/13/2005. I have been authorized by my clients to rescind this transaction and
hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z §
226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission
under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. See § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

121

18



**SENDER:** *COMPLETE THIS SECTION*

*COMPLETE THIS SECTION ON DELIVERY*

7005 1820 0001 5644 8531

122

19

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
C T CORPORATION SYSTEM   C/O  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
SUBSIDIARY OF MERSCORP, INC
818 WEST SEVENTH ST
LOS ANGELES  CA  90017

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan # 2005070134

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

123                                                                                        20

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 2005070134 C/O
C T CORPORATION SYSTEM  AGENT FOR SERVICE OF PROCESS  FOR MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC. SUBSIDIARY OF MERSCORP, INC
818 WEST SEVENTH ST
LOS ANGELES  CA  90017

RE: EDGART F GONZALEZ
Property Address: 80 TERRA VISTA,  DANA POINT, CA  92629
Parcel Number: 939-473-53

Dear owner/holder of the obligation of the Loan:

      I represent the Consumers concerning the loan transaction which they entered into with  HOME
CAPITAL FUNDING  on 8/13/2005. I have been authorized by my clients to rescind this transaction and
hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z §
226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission
under state or federal law.
      The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. *See* § 15 U.S.C. 1635(f).

      My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.
      Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.
      The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

      We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

129

21



125

13

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
HOME CAPITAL FUNDING
3131 CAMINO DEL RIO NORTH, SUITE 400
SAN DIEGO  CA  92108

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  2005070135

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

126                                                                                          14