May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 2005070135 C/O
HOME CAPITAL FUNDING
3131 CAMINO DEL RIO NORTH, SUITE 400
SAN DIEGO  CA  92108

RE: EDGART F GONZALEZ
Property Address: 80 TERRA VISTA, DANA POINT, CA 92629
Parcel Number: 939-473-53

Dear owner/holder of the obligation of the Loan:

      I represent the Consumers concerning the loan transaction which they entered into with HOME CAPITAL FUNDING on 10/27/2006. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.
      The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. *See* § 15 U.S.C. 1635(f).

      My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.
      Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.
      The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

      We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

15

127



7005 1820 0001 5644 8555

128                                                                                                                22

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
AMERICA'S SERVICING CO
P.O. BOX 60768
LOS ANGELES  CA  90060-0768

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  1218108324

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

129                                                                      23

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1218108324 C/O
AMERICA'S SERVICING CO
P.O. BOX 60768
LOS ANGELES CA 90060-0768

RE: EDGART F GONZALEZ
Property Address: 80 TERRA VISTA, DANA POINT, CA 92629
Parcel Number: 939-473-53

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with HOME CAPITAL FUNDING on 10/27/2006. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. See § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

130                                                                                            24



May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
AMERICA'S SERVICING CO
P.O. BOX 10388
DES MOINES  IA  50306-0388

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  1218108324

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

26

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 1218103824 C/O
AMERICA'S SERVICING CO
P.O. BOX 10388
DES MOINES  IA 50306-0388

RE: EDGART F GONZALEZ
Property Address: 80 TERRA VISTA,  DANA POINT, CA  92629
Parcel Number: 939-473-53

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with HOME
CAPITAL FUNDING on 10/27/2006. I have been authorized by my clients to rescind this transaction and
hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z §
226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission
under state or federal law.
The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.
Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.
The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

133

27



SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

ADDOKA

PO BOX 78112

PHOENIX AZ 85062-8112

7005 1820 0001 5644 8371

PS Form 3811, August 2001

13A

1/23

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
AURORA LOAN SERVICES
P.O. BOX 78112
PHOENIX  AZ  85062-8112


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  0021514435

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).


Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law

2

135

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 0021514435 C/O
AURORA LOAN SERVICES
P.O. BOX 78112
PHOENIX  AZ  85062-8112

RE: EDGART F GONZALEZ
Property Address: 252, 254 WAVE STREET, LAGUNA BEACH, CA 92651
Parcel Number: 053-144-05

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with
HOMECOMINGS FINANCIAL NETWORK, INC. on 3/21/2006. I have been authorized by my clients
to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15
U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or
alternative grounds for rescission under state or federal law.
The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.
Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.
The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

3

186



SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

7005 1820 0001 5644 8418

PS Form 3811, August 2001    Domestic Return Receipt

4

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017                    \

VIA CERTIFIED MAIL
CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC -
LAWYERS INCORPORATING SERVICE   C/O  AURORA LOAN SERVICES, INC
2730 GATEWAY OAKS DR STE 100
SACRAMENTO  CA 95833

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan # 0021514435

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

5

, 138

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 0021514435 C/O
CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC-
LAWYERS INCORPORATING SERVICE AGENT FOR SERVICE OF PROCESS FOR AURORA
LOAN SERVICES, INC
2730 GATEWAY OAKS DR STE 100
SACRAMENTO CA 95833

RE: EDGART F GONZALEZ
Property Address: 252, 254 WAVE STREET, LAGUNA BEACH, CA 92651
Parcel Number: 053-144-05

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with
HOMECOMINGS FINANCIAL NETWORK, INC. on 3/21/2006. I have been authorized by my clients
to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15
U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or
alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. *See* § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

139                                                                                      6



SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

CITY CORPORATION SYSTEM

816 WEST SEVENTH ST

LOS ANGELES CA 90017

2. Article Number
(Transfer from service label)        7005 1820 0001 5644 8432

PS Form 3811, August 2001

7

140

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
C T CORPORATION SYSTEM   C/O  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
SUBSIDIARY OF MERSCORP, INC
818 WEST SEVENTH ST
LOS ANGELES  CA  90017

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  0021514435

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823

And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

Respectfully:

John O'Kane
Attorney at Law

141

8

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 0021514435 C/O
C T CORPORATION SYSTEM  AGENT FOR SERVICE OF PROCESS  FOR MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC. SUBSIDIARY OF MERSCORP, INC
818 WEST SEVENTH ST
LOS ANGELES  CA 90017

RE: EDGART F GONZALEZ
Property Address: 252, 254 WAVE STREET,  LAGUNA BEACH,  CA  92651
Parcel Number: 053-144-05

Dear owner/holder of the obligation of the Loan:

   I represent the Consumers concerning the loan transaction which they entered into with
HOMECOMINGS FINANCIAL NETWORK, INC.  on 3/21/2006. I have been authorized by my clients
to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15
U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or
alternative grounds for rescission under state or federal law.
   The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. See § 15 U.S.C. 1635(f).

   My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.
   Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.
   The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

   We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

142

9



143                                                                                                10

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
TIMOTHY P SULLIVAN   C/O  FIRST AMERICAN TITLE INSURANCE COMPANY
I FORST AMERICAN WAY
SANTA ANA   CA  92707


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  0021514435

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law


149

11

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 0021514435 C/O
TIMOTHY P SULLIVAN  AGENT FOR SERVICE OF PROCESS  FOR FIRST AMERICAN TITLE
INSURANCE COMPANY
1 FORST AMERICAN WAY
SANTA ANA  CA  92707

RE: EDGART F GONZALEZ
Property Address: 252, 254 WAVE STREET, LAGUNA BEACH, CA 92651
Parcel Number: 053-144-05

Dear owner/holder of the obligation of the Loan:

I represent the Consumers concerning the loan transaction which they entered into with
HOMECOMINGS FINANCIAL NETWORK, INC. on 3/21/2006. I have been authorized by my clients
to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15
U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or
alternative grounds for rescission under state or federal law.

The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. See § 15 U.S.C. 1635(f).

My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.

Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.

The security interest held by Loan Holder is void upon mailing of this notice. See 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

145

12





146

13

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
NATIONAL CITY     NATIONAL CITY BANK, NATIONAL HOME EQUITY, ACCOUNT NUMBER:
4489 6183 2114 1294
P. O. BOX 856176
LOUISVILLE  KY  40285-6176


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  00049834359

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).


Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law

147                                                                                    14

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 00049834359 C/O
NATIONAL CITY    FOR NATIONAL CITY BANK, NATIONAL HOME EQUITY, ACCOUNT
NUMBER: 4489 6183 2114 1294
P. O. BOX 856176
LOUISVILLE KY 40285-6176

RE: EDGART F GONZALEZ
Property Address: 252, 254 WAVE STREET, LAGUNA BEACH, CA 92651
Parcel Number: 053-144-05

Dear owner/holder of the obligation of the Loan:

      I represent the Consumers concerning the loan transaction which they entered into with
NATIONAL CITY on 10/31/2006. I have been authorized by my clients to rescind this transaction and
hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z §
226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission
under state or federal law.
      The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. *See* § 15 U.S.C. 1635(f).

      My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.
      Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.
      The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

      We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

148

15

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

7005 1820 0001 5644 8456

PS Form 3811, August 2001

149

18

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
ATTENTION: NHE OPERATIONS DEPARTMENT
NATIONAL CITY BANK, NATIONAL HOME EQUITY
P. O. BOX 94991, LOCATOR 01-7185
CLEVELAND  OH  44101-8981


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  00049834359

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).

Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law

150                                                                                        19

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 00049834359  C/O
ATTENTION: NHE OPERATIONS DEPARTMENT
NATIONAL CITY BANK, NATIONAL HOME EQUITY
P. O. BOX 94991, LOCATOR 01-7185
CLEVELAND  OH  44101-8981

RE: EDGART F GONZALEZ
Property Address: 252, 254 WAVE STREET, LAGUNA BEACH, CA  92651
Parcel Number: 053-144-05

Dear owner/holder of the obligation of the Loan:

      I represent the Consumers concerning the loan transaction which they entered into with NATIONAL CITY  on  10/31/2006. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission under state or federal law.

      The Truth in Lending violations in the loan documents received by my clients were defective in a number of ways. As a result, my clients' right of rescission has been extended for three years from the date of the transaction. *See* § 15 U.S.C. § 1635(f).

      My clients wish to keep their property. They would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.

      Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from my clients, so that we may determine the exact amount needed for tender.

      The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. § 1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.

      We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

151

20



SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

NATION AL CITY

P.O. BOX 856176

LOUISVILLE KY 40285-
6176

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)          7005 1820 0001 5644 8487

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

152

21

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
NATIONAL CITY BANK
P.O BOX 856176
LOUISVILLE  KY  40285-6176


This is a formal request to state the:

Name, Address, Telephone number, Facsimile number.

Of the owner/holder of the obligation of the Loan #  00049834359

As required by 15. U.S.C. § 1641(f)(2)

Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).


Please provide such information as soon as possible by FACSIMILE to the following numbers:
310.601.7332
213.413.1335
213.765.0823


And also please provide the original writing, to the following names and addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017


Respectfully:

John O'Kane
Attorney at Law


153                                                                          22

May/16/2008

John O'Kane
Attorney at Law
1602 West 6th Street
Los Angeles, CA 90017

VIA CERTIFIED MAIL
Holder of Loan # 00049834359 C/O
NATIONAL CITY BANK
P.O BOX 856176
LOUISVILLE  KY 40285-6176

RE: EDGART F GONZALEZ
Property Address: 252, 254 WAVE STREET, LAGUNA BEACH, CA 92651
Parcel Number: 053-144-05

Dear owner/holder of the obligation of the Loan:

        I represent the Consumers concerning the loan transaction which they entered into with
NATIONAL CITY  on  10/31/2006. I have been authorized by my clients to rescind this transaction and
hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z §
226.23 In addition, the Consumers reserve all rights to raise additional or alternative grounds for rescission
under state or federal law.
        The Truth in Lending violations in the loan documents received by my clients were defective in a
number of ways. As a result, my clients' right of rescission has been extended for three years from the date
of the transaction. *See* § 15 U.S.C. 1635(f).

        My clients wish to keep their property. They would like to discuss tender arrangements for the
amount due (the amount financed less all loan charges and costs associated with the loan and all payments
made to date) with you once you have effected rescission.
        Please provide me with an itemization of the loan disbursements, the loan charges, the current
principal balance, and all payments received from my clients, so that we may determine the exact amount
needed for tender.
        The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §
1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of
rescission to return to my clients all monies paid and to take all action necessary or appropriate to reflect
termination of the security interest.

        We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my
clients may meet this obligation. Please be advised that if you do not cancel the security interest and return
all consideration paid by our client within twenty days of receipt of this letter, you will be responsible for
actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

John O'Kane
Attorney at Law

154

23



155

1/3

August 8, 8/2008

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

VIA CERTIFIED MAIL
Loan # 0004616921 C/O
NATIONAL CITY BANK
P. O. BOX 94991, LOCATOR 01-7185
CLEVELAND OH 44101-8981

RE: EDGART F GONZALEZ
Property Address: 252, 254 WAVE STREET, LAGUNA BEACH, CA 92651
Parcel Number: 053-144-05

Dear owner/holder of the obligation of the Loan:
    I am the Consumer concerning the loan transaction which we entered into with NATIONAL CITY on 3/27/2006. I am requesting the rescind of this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. § 1635, Regulation Z § 226.23 In addition, I the Consumer do reserve all rights to raise additional or alternative grounds for rescission under state or federal law.
    The Truth in Lending violations in the loan documents received were defective in a number of ways. As a result, My right of rescission has been extended for three years from the date of the transaction. *See* § 15 U.S.C. 1635(f).
    I wish to keep the property. I would like to discuss tender arrangements for the amount due (the amount financed less all loan charges and costs associated with the loan and all payments made to date) with you once you have effected rescission.
    Please provide me with an itemization of the loan disbursements, the loan charges, the current principal balance, and all payments received from me, so that we may determine the exact amount needed for tender.
    The security interest held by Loan Holder is void upon mailing of this notice. *See* 15 U.S.C. §1635; Regulation Z § 226.23. Pursuant to Regulation Z, you have twenty days after receipt of this notice of rescission to return to me all monies paid and to take all action necessary or appropriate to reflect termination of the security interest.
    I am prepared to discuss a tender obligation, should it arise, and satisfactory ways in which I may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by me within twenty days of receipt of this letter, you will be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Sincerely,

Edgart F Gonzalez
Consumer

156

2

August 8, 2008

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

VIA CERTIFIED MAIL
ATTENTION:
NATIONAL CITY BANK
P. O. BOX 94991, LOCATOR 01-7185
CLEVELAND OH 44101-8981

This is a formal request to state the:

Name, Address, Telephone number, Facsimile number, History of payments including all
monies paid from loan preparation , escrow and closing, in addition please include all
Loan, Escrow and Closing documents, as well as Disclosures such as GFE (Good Faith
Estimate) preliminary, final and the ones pertaining to the Truth in Lending Act.

Of the Loan # 0004616921
As required by 15. U.S.C. § 1641(f)(2)
Also this is a qualified written request for the same information under the
Real Estate Settlement Procedures Act (RESPA).
Please provide such information as soon as possible by FACSIMILE to the following
number:

310.601.7332

And also please provide the original writings an photocopies, to the following name and
addresses:

Edgart F Gonzalez
2500 E Imperial Hwy #201-144
Brea, CA 92821

Respectfully:

Edgart F Gonzalez
Consumer

157

3

Exhibit "D"

# Exhibit "D"

## CLINICA MEDICA FAMILIAR
### de Santa Ana
517 N. Main St. • Santa Ana, CA 92701 • Tel. (714) 647-0401

Name: Gonzalez, Elizabeth    Date: 6-21-08

Address: _____ City: _____, Calif.

**Rx**

David Su MD
Jose R. Acevedo PA-C- PA
Joseph Carella MD
Francisco Jimenez MD
Zhijun Wang MD



① PAXIL 25 mg    #30
i tab p.o. qd

② Centrum multivitamin    #100
i tab p.o. qd

☐ Ne. Rep. _____ Rep. 2 Times

---

## CLINICA MEDICA FAMILIAR
### de Santa Ana
517 N. Main St. • Santa Ana, CA 92701 • Tel. (714) 647-0401

Name: Samora, Alma    Date: 6-21-08

Address: _____ City: _____, Calif.

**Rx**

David Su MD
Jose R. Acevedo PA-C- PA
Joseph Carella MD
Francisco Jimenez MD
Zhijun Wang MD

① PAXIL 25 mg    #30
i tab p.o. qd

② Keflex 500 mg    #28
i tab p.o. q6h

③ Tylenol 500 mg    #28
ii tab p.o. q6h

☐ Ne. Rep. _____ Rep. 2 Times

159

**Western Youth Services may not release Protected Health Information to outside agencies or individuals without a signed patient authorization.**

We may disclose Protected Health Information when required to do so by law. For example, we may do so when a client is perceived to be a danger to himself/herself or others, or where there is suspected child or elder abuse. Similarly, we may be required to disclose Protected Health Information in response to a court order or to a subpoena.

**You have the right to request the release or disclosure of your Protected Health Information.**

Western Youth Services uses specific forms for requesting the release or disclosure of Protected Health Information. All requests for records are handled according to Western Youth Services policies and procedures in order to comply with State and Federal laws, and to protect the privacy of our client's records. You must use our written authorization to release information in order for us to disclose your Protected Health Information to any outside agency or individual.

**You have the right to request that we place additional restrictions on our use or disclosure of your protected health information.**

We are not required to agree to those additional restrictions, but you are encouraged to tell us about your concerns and to let us try to address them.

**You have a right to withdraw your authorization to release information, by providing a signed request to discontinue authorization for disclosure of your records.**

You must make a request in writing to obtain access to your records.

**You have a right to inspect and copy your Protected Health Information.**
You must make a request in writing.

We may charge you a fee to copy your records. We may also require that you first inspect your records in the company of your therapist so that your therapist may answer questions about the records, prior to giving you a copy. In some instances, in a manner that is consistent with California law, we may provide a summary of your records to you instead of a copy. Also, in certain instances, in a manner that is consistent with California law, we may determine that a minor child's mental health records should not be released to their parent or guardian.

**You have the right to request a correction or other amendment to your medical record, following your inspection of the record. Your request must be in writing, and must explain why the information should be amended. We may deny your request in certain circumstances.**

If you would like more information about our privacy practices, or if you have questions or concerns, or if you would like to make a complaint, please contact us as follows:

Western Youth Services
Attention: Privacy Officer
23461 South Pointe, Suite 220
Lake Forest, CA., 92653
949 855-1556

If you are concerned that we have violated your privacy rights, or if you disagree with a decision we made about access to your health information, or in response to a request that you made to amend your health records or to restrict the use or disclosure of your health information, you are encouraged to contact our Privacy Officer. You also have the right to complain to the U.S. Department of Health and Human Services and we will provide you with the address to file your complaint at your request. We support your right to the privacy of your health information and will not retaliate in any way if you disagree with us, or if you choose to complain to our organization, to the U.S. Department of Health and Human Services, or to any other governmental or regulatory agency.

7/5/08

160

**Western Youth Services may not release Protected Health Information to outside agencies or individuals without a signed patient authorization.**

We may disclose Protected Health Information when required to do so by law. For example, we may do so when a client is perceived to be a danger to himself/herself or others, or where there is suspected child or elder abuse. Similarly, we may be required to disclose Protected Health Information in response to a court order or to a subpoena.

You have the right to request the release or disclosure of your Protected Health Information.

Western Youth Services uses specific forms for requesting the release or disclosure of Protected Health Information. All requests for records are handled according to Western Youth Services policies and procedures in order to comply with State and Federal laws, and to protect the privacy of our client's records. You must use our written authorization to release records forms in order for us to disclose your Protected Health Information to any outside agency or individual.

You have the right to request that we place additional restrictions on our use or disclosure of your protected health information.

We are not required to agree to those additional restrictions, but you are encouraged to tell us about your concerns and to let us try to address them.

You have a right to withdraw your authorization to release information, by providing a signed request to discontinue authorization for disclosure of your records.

You have a right to inspect and copy your Protected Health Information. You must make a request in writing to obtain access to your records.

We may charge you a fee to copy your records. We may also require that you first inspect your records in the company of our therapist so that your therapist may answer questions about the records, prior to giving you a copy. In some instances, in a manner that is consistent with California law, we may provide a summary of your records to you instead of a copy. Also, in certain instances, in a manner that is consistent with California law, we may determine that a minor child's mental health records should not be released to their parent or guardian.

You have the right to request a correction or other amendment to your medical record, following your inspection of the record. Your request must be in writing, and must explain why the information should be amended. We may deny your request in certain circumstances.

---

If you would like more information about our privacy practices, or if you have questions or concerns, or if you would like to make a complaint, please contact us as follows:

Western Youth Services
Attention: Privacy Officer
23461 South Pointe, Suite 220
Lake Forest, CA, 92653
949 855-1556

If you are concerned that we have violated your privacy rights, or if you disagree with a decision we made about access to your health information, or in response to a request that you made to amend your health records or to restrict the use or disclosure of your health information, you are encouraged to contact our Privacy Officer. You also have the right to complain to the U.S. Department of Health and Human Services and we will provide you with the address to file your complaint at your request. We support your right to the privacy of your health information and will not retaliate in any way if you disagree with us, or if you choose to complain to our organization, to the U.S. Department of Health and Human Services, or to any other governmental or regulatory agency.

Alma Samora   7/15/08 5:45 pm

161

½6

From: William_Hartley@Countrywide.Com
Subject: **Per our conversation:**
Date: June 23, 2008 9:46:48 AM PDT
To: edgartgonz@gmail.com
1 Attachment, 2.6 KB   ·   Save •   ·   Slideshow   ·

Edgart,

If you choose to go with Countrywide I will get you a better rate because you are an internet lead instead of a typical inbound lead. I will be here if you need anything at all.

Take care and have a good week!

-W. Taylor Hartley

**Countrywide Bank**

<u>Taylor Hartley</u>
Account Executive
Direct: 913.663.6202
Toll Free: 877.895.0875 Ext. 6202
Fax: 913.906.9039
Overland Park, KS 66210
Countrywide Bank, FSB

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Countrywide Financial Corporation or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.



 **Countrywide | HOME LOANS**

## Call Today: 1-800-819-6658
¡Hablamos Español!

## Rates Starting as Low as
## 6.25% / 6.59% APR
### on our Conforming 30 Year Fixed Rate Mortgage*



TODAY'S RATES"

| | | |
|---|---|---|
| 30 Year Fixed | 6.25% | 6.59% |
| Variable 5/1 ARM | 5.50% | 5.79% |

** as of 8/15/08
(click here for important rate information)

> Refinance your adjustable rate loan to a conforming 30 year fixed loan. Rates may go up (click here for terms and conditions)

> Can be a smart option for consumers who want payment stability

> The interest rate and monthly payments remain the same throughout the life of the loan

## Call Now!  >> 1-800-819-6658

Or ... start the rate quote process online with this form      >> All Fields Required

### Home Loan Information

| | |
|---|---|
| Loan Purpose | Home Refinance |
| Current Home Value | $ 1,000,000+ |
| My Mortgage Balance | $ 1,500,000+ |
| Additional Cash Needed | $ 0 |
| Property Type | 2 - 4 Units Residential |
| Email Sign Up | ☑ Yes! I'd like to receive FREE e-newsletters and special offers from Countrywide. |

### Contact Information

| | |
|---|---|
| First Name | Edagrt |
| Last Name | Gonzalez |
| State | CA |
| Zip Code | 92821 |
| Email Address (No Spam) | edgartgonz@gmail.com |
| Primary Phone | 310 - 691 - 2314 |
| Secondary Phone (Optional) | 714 - 612 - 4563 |

 **SUBMIT ▶**

 **PRIVACY & SECURITY ASSURED**

 cybertrust
certified perimeter
click here to verify


EQUAL HOUSING LENDER

163

3/

Equal Housing Lender. ©2008 Countrywide Bank, FSB, Countrywide Home Loans Division. Member FDIC.  Trade/service marks are the property of Countrywide Financial Corporation, Countrywide Bank, FSB, or their respective affiliates and/or subsidiaries. Some products may not be available in all states. This is not a commitment to lend. Restrictions apply. All rights reserved.

This website may contain links to web sites that are not part of the Countrywide Bank, FSB. Such web sites are not under our control and we are not responsible for the content in those third-party sites or any link contained in such a site. Countrywide Bank, FSB does not endorse companies or products that advertise or appear on, or link to, this Site. If you choose to access a third party web site via a link contained on this Site, you do so at your own risk.

Licenses & Registrations | **Privacy & Security**

164

Countrywide Home Loans - Rates                                    http://loans.countrywide.com/FTLP/FSLForm/default.aspx?CMSSit...

4/

 **Countrywide** | HOME LOANS

**Call Today: 1-800-819-6658**

¡Hablamos Español!

## Rates Starting as Low as
## 6.25% / 6.59% APR

### on our Conforming 30 Year Fixed Rate Mortgage*

> Refinance your adjustable rate loan to a conforming 30 year fixed loan. Rates may go up (click here for terms and conditions)

> Can be a smart option for consumers who want payment stability

> The interest rate and monthly payments remain the same throughout the life of the loan



| TODAY'S RATES | | |
|---|---|---|
| 30 Year Fixed | 6.25% | 6.59% |
| Variable 5/1 ARM | 5.50% | 5.79% |

** as of 8/15/08
[click here for important rate information]

### Call Now!    >> 1-800-819-6658

Or ... start the rate quote process online with this form        >> All Fields Required

### Home Loan Information

| | |
|---|---|
| **Loan Purpose** | Home Refinance |
| **Current Home Value** | $ 700,001 - 720,000 |
| **My Mortgage Balance** | $ 700,001 - 720,000 |
| **Additional Cash Needed** | $ 0 |
| **Property Type** | Single Family Home |
| **Email Sign Up** | ☑ Yes! I'd like to receive FREE e-newsletters and special offers from Countrywide. |

### Contact Information

| | |
|---|---|
| **First Name** | EDGART |
| **Last Name** | GONZALEZ |
| **State** | CA |
| **Zip Code** | 92821 |
| **Email Address (No Spam)** | egartgon2@gmail.com |
| **Primary Phone** | 310 - 691 - 2314 |
| **Secondary Phone (Optional)** | 714 - 612 - 4563 |

 SUBMIT ▶

 PRIVACY & SECURITY ASSURED

 cybertrust certified perimeter

click here to verify

 EQUAL HOUSING LENDER

165

Countrywide Home Loans - Rates

https://loans.countrywide.com/FTLP/FSLForm/default.aspx?CMSSit..

5/

Equal Housing Lender. ©2008 Countrywide Bank, FSB, Countrywide Home Loans Division. Member FDIC.  Trade/service marks are the property of Countrywide Financial Corporation, Countrywide Bank, FSB, or their respective affiliates and/or subsidiaries. Some products may not be available in all states. This is not a commitment to lend. Restrictions apply. All rights reserved.

This website may contain links to web sites that are not part of the Countrywide Bank, FSB. Such web sites are not under our control and we are not responsible for the content in those third-party sites or any link contained in such a site. Countrywide Bank, FSB does not endorse companies or products that advertise or appear on, or link to, this Site. If you choose to access a third party web site via a link contained on this Site, you do so at your own risk.

Licenses & Registrations | Privacy & Security

166

8/18/2008 1:57 PM

Gmail - Loan options                                                                                http://mail.google.com/mail/?ui=2&ik=8769d2b438&view=pt&q=cou...

*6/*

# G⊠ail
by Google  BETA

Edgart Gonzalez <edgartgonz@gmail.com>

## Loan options
1 message

Jason_Bittenbender@countrywide.com                                    Fri, Jun 20, 2008
<Jason_Bittenbender@countrywide.com>                                        at 4:16 PM
To: edgartgonz@gmail.com

Edgart,
Thank yu for your time today. Unfortunatley, we will not be able to extend a loan on any of the
properties you own without full documentation of your income from your business in the form of tax
returns. Furthermore, to be able to give you a conforming loan using the extended loan limits granted
through the economic stimulus package, we would need your credit score to be a minimum of 700.
This includes the property at 80 Terra vista in Dana Point, 252 Wave St in laguna Beach, and the
property in Brea. Thank you again fr your inquiry.

**Jason Bittenbender**
Account Executive

916-525-3741 Office  9250 Laguna Springs Dr #250
877-856-7080 Fax    Elk Grove, CA 95758

Jason_Bittenbender@countrywide.com

 **Countrywide**
FULL SPECTRUM LENDING DIVISION

========================================================================
Confidentiality Notice: The information contained in and transmitted with this communication is strictly
confidential, is intended only for the use of the intended recipient, and is the property of Countrywide
Financial Corporation or its affiliates and subsidiaries. If you are not the intended recipient, you are
hereby notified that any use of the information contained in or transmitted with the communication or
dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have
received this communication in error, please immediately return this communication to the sender and
delete the original message and any copy of it in your possession.
========================================================================

167

**Exhibit "E"**

# Exhibit "E"

33

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|
| **Fidelity National Title** | 1. [ ] FHA  2. [ ] FmHA  3. [ ] Conv. Unins 4. [ ] VA  5. [ ] Conv. Ins | | |
| | 6. ESCROW NUMBER: 4007425-EMN | 7. | LOAN NUMBER: 0004963435B |

C. NOTE: This form is furnished to give you a statement of the actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: EDGART F GONZALEZ 252 & 254 WAVE STREET Laguna Beach, CA 92651 | E. NAME OF SELLER: | F. NAME OF LENDER: NATIONAL CITY BANK 6750 MILLER ROAD BROOKSVILLE, OH 44141 |
|---|---|---|
| G. PROPERTY LOCATION: 252 & 254 WAVE STREET Laguna Beach, CA 92651 | H. SETTLEMENT AGENT: Fidelity National Title PLACE OF SETTLEMENT: 3151 Temple Avenue, Suite 245 Pomona, CA 91768 | I. SETTLEMENT DATE: 10/30/2006 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 9,379.00 | 403. | |
| 104. Payoff To NATIONAL CITY | 200,628.42 | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 210,007.42 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instr.) | |
| 202. Principal Amount of New Loan(s) | 340,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. LENDERS CLOSING COST CREDIT PD BY | 800.00 | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 340,800.00 | 520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 210,007.42 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 340,800.00 | 602. Less reduction in amount due seller (ln 520) | |
| 303. CASH [ FROM] [X TO] BORROWER | 130,552.58 | 603. CASH [ FROM] [ TO] SELLER | |

X Edgart F Gonzalez

169

34

| L. SETTLEMENT STATEMENT | Escrow: 40074635-EMR | |
|---|---|---|
| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
| Division of Commission (line 700) as follows: | | |
| 701. | | |
| 702. | | |
| 703. | | |
| 704. | | |
| 800. | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount | | |
| 803. Appraisal Fee 6500.00 POC TO REALTOP APPRALPD BY NCS | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. BROKER FEE $3,000.00 POC TO CASTLE INVESTMENT GRP. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 812. | | |
| 813. | | |
| 814. | | |
| 900. | | |
| 901. Int @ 0.00000% // to // | | |
| 902. Mortgage Insurance Premium | | |
| 903. | | |
| 904. | | |
| 905. | | |
| 1000. | | |
| 1001. Hazard Insurance  months @ $  per month | | |
| 1002. Mortgage Insurance  months @ $  per month | | |
| 1003. City property taxes  months @ $  per month | | |
| 1004. County property taxes  months @ $  per month | | |
| 1005. Annual assessments  months @ $  per month | | |
| 1006. | | |
| 1007. | | |
| 1008. | | |
| 1100. | | |
| 1101. Settlement or closing fee to   Fidelity National Title | 250.00 | |
| 1102. Abstract or Title Search | | |
| 1103. Title Examination | | |
| 1104. Title Insurance Binder | | |
| 1105. Document preparation | | |
| 1106. Notary fees | | |
| 1107. Additional Work Charge | 75.00 | |
| 1108. Title Insurance | | |
| 1109. Lender's coverage | | |
| 1110. Owner's coverage | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1114. | | |
| 1115. | | |
| 1116. | | |
| 1200. | | |
| 1201. Recording fees: Deed $  Mortgage $  Release $ | | |
| 1202. City/County tax/stamps: Deed $  Mortgage $ | | |
| 1203. State tax/stamps:   Deed $  Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| 1300. | | |
| 1301. Survey | | |
| 1302. Pest Inspection to | | |
| 1303. CHICAGO TITLE COMPANY TITLE AND REC FEE | 150.00 | |
| 1304. J & S MOBILE NOTARY | 125.00 | |
| 1305. BMW | 8,779.00 | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| 1309. | | |
| 1310. | | |
| 1311. | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | 9,379.00 | |

170

# BMW Financial Services



March 5, 2008

Mr. Edgart Gonzalez
2500 E Imperial Hwy 201-144
Brea, CA  92821

Reference  1000444312 / 2006 BMW F 650 GS
Subject  **Auction Breakdown**

Dear Mr. Gonzalez:

This letter is to notify you of the final balance due on your BMW Financial Services account. The vehicle has been sold at a commercial auction and the following is a detailed description of the deficiency balance. The balance as of the recovery date includes a security deposit of: $0.00.

| | | |
|---|---|---|
| Balance as of Recovery Date | | $8,083.47 |
| Expenses and Charges: | | |
| Reconditioning Fee(s) | | $25.00 |
| Auction Fee(s) | | $115.00 |
| Body Repair | | $76.98 |
| Transportation Charge(s) | | $104.00 |
| Promotional Fee(s) | | $73.77 |
| DMV Fee(s) | | $10.00 |
| Miscellaneous Fee(s) | | $5.00 |
| Collection Fees | | $250.00 |
| **Contractual Balance:** | | $8,743.22 |
| Credits: | | |
| Realized Value from Sale | $5,500.00 | |
| Miscellaneous Credits | $0.00 | |
| Total Credits | | ($5,500.00) |
| **Deficiency Balance Due:** | | **$3,243.22** |

Company
BMW Financial
Services NA, LLC

BMW Group Company

Mailing Address
PO Box 3607
Dublin OH 43016-0305

Office Address
5550 Britton Parkway
Hilliard OH 43026-7456

Telephone
(800) 396-3939

Fax
(866) 235-2357

Western Union
Quick Collect
Code City
BMWOHIO

Internet
bmwusa.com

As stated in your contract with us, you are liable for the payment of the deficiency balance due in the amount of $3,243.22. Please mail your check or money order to the payment address listed on this letter or, if you prefer, you may pay with your Mastercard, Visa, Discover, or American Express credit card.

171

EDGART F GONZALEZ
ALMA E SAMANO

Statement Period: October 21 through November 20, 2008
Account Number: 09525-08401

## ☐ Checks Paid          * Gap in check sequence

| Date Paid | Number | Amount | | Date Paid | Number | Amount |
|-----------|--------|--------|---|-----------|--------|--------|
| 11/08 | 2540 | $ 25.00 | | 11/10 | 2560 | 1,333.02 |
| 10/23 | * 2544 | 88.96 | | 11/14 | * 2562 | 7,800.00 |
| 10/24 | 2545 | 600.00 | | 11/10 | 2563 | 5,527.51 |
| 10/25 | * 2547 | 469.09 | | 11/10 | 2584 | 989.10 |
| 10/31 | 2548 | 1,502.54 | | 11/10 | 2585 | 1,000.00 |
| 11/03 | * 2550 | 400.00 | | 11/10 | 2566 | 450.00 |
| 11/02 | * 2552 | 600.00 | | 11/09 | 2587 | 29,500.00 |
| 11/06 | * 2554 | 3,954.85 | | 11/20 | 2588 | 1,100.00 |
| 11/06 | * 2556 | 3,849.77 | | 11/15 | 2569 | 23,000.00 |
| 10/31 | 2557 | 1,500.00 | | 11/09 | 2570 | 35,500.00 |
| 11/10 | 2558 | 1,305.34 | | **Total of 22 Checks Paid** | | **$124,196.98** |
| 11/09 | 2559 | 3,701.80 | | | | |

## ☐ Account Activity

| Date Posted | Description | Reference Number | Amount |
|-------------|-------------|------------------|--------|
| 11/07 | **Deposits and Credits**<br>Wire Type:Wire In Date: 061107 Time:1739 Et Trn:2006110700236174 Seq:2008110700070117/002305 Orig:Fidelity National Title Snd Bk:Wells Fargo BA Nk, Na ID:121000248 Pmt Det:000171834 Edgart Gonza Lez & Alma Samano | | $130,726.82 |
| | **Withdrawals, Transfers and Account Fees** | | |
| 10/23 | Purchase on 10/21 (Card #307128371),<br>La Habra Ranch La Harba CA | 117730 | $11.83 |
| 10/23 | Purchase on 10/21 (Card #307128371),<br>Albertsons Brea CA | 493405 | 14.20 |
| 10/23 | Purchase on 10/21 (Card #307128371),<br>Petsmart Brea CA | 082001 | 14.99 |
| 10/23 | Purchase on 10/21 (Card #307128371),<br>La Habra Ranch La Harba CA | 447213 | 21.55 |
| 10/23 | Purchase on 10/21 (Card #307128371),<br>Petsmart Brea CA | 307001 | 44.01 |
| 10/23 | Check Card Purchase on 10/20 (Card #307128371),<br>Steamblaster 800-798-7398 CA<br>Ref #2411039629400800070000010 | | 49.90 |
| 10/23 | Check Card Purchase on 10/21 (Card #307128371),<br>Borders Books 01001197 Brea CA<br>Ref #2416407629549453050232B | | 55.97 |
| 10/23 | Purchase on 10/21 (Card #307128371),<br>Northgate Mark Lahabra CA | 139792 | 99.34 |
| 10/25 | Purchase on 10/24 (Card #307128371),<br>Wal-Mart #2523 Brea CA | 664551 | 45.77 |
| 10/26 | Purchase on 10/26 (Card #307128371),<br>Costco Whse #0 La Habra CA | 000542 | 29.15 |
| 10/27 | Check Card Purchase on 10/25 (Card #307128371),<br>Starbucks USA 00065573 Los Angeles CA<br>Ref #2416407629935546219428B | | 4.15 |
| 10/30 | Purchase on 10/28 (Card #307128371),<br>Wal-Mart Store Brea CA | 166609 | 79.03 |
| 10/30 | Check Card Purchase on 10/29 (Card #367226222),<br>Ralphs #0192 Sf4 Brea CA<br>Ref #2444571630262038170882B | | 91.07 |
| 11/06 | Check Card Purchase on 11/02 (Card #307128371),<br>Party City #586 Brea CA<br>Ref #2461043630700407513898B | | 7.84 |
| 11/06 | Purchase on 11/04 (Card #367226222),<br>Wal-Mart #2523 Brea CA | 667786 | 89.69 |
| 11/07 | Processing Fee For Money Tfr-CA Trn: 061107-236174 | | 10.00 |
| 11/09 | Purchase on 11/09 (Card #307128371),<br>Big 5 Sptg Gds Brea CA | 151415 | 112.24 |
| 11/10 | Purchase on 11/10 (Card #307128371),<br>Wal-Mart #2523 Brea CA | 195322 | 112.31 |

Continued on next page

0103030.002.T16.1

172

California

Exhibit "F"

# Exhibit "F"

173

Edgart F Gonzalez
Debtor
1605 Greenbriar Ln
Brea Ca 92821



August 20, 2008

FIRST AMERICAN TITLE INSURANCE COMPANY
First American LoanStar Trustee Services
3 First American Way
Santa Ana, CA 92707

Dear Trustee:
I am in receipt of Trustee sale dated May/1/2008, I hereby object to the Notice
and request that you send a copy of this letter to your insurance carrier and all
other interested parties as described herein for the following reasons:
1. There is no delinquency or default. The Lender has been paid in full plus a fee
for standing in for an undisclosed third party lender that was not properly
registered or regulated as a financial institution or lender at the time the
transaction took place.
2. The Lender has failed to state the right name and/or address of the holder in
due course, being the holders of certificates of asset backed securities, which are
backed by the security instrument (Deed of Trust) on the subject residential
property.
3. The Lender does not own, possess or control the note or the Deed of Trust,
which has been satisfied in full. Demand is herewith made for satisfaction of
Deed of Trust to be filed in the appropriate county records.
4. Your authority as Trustee has also been transferred to the Trustee of the
pooled mortgages and/or notes on various properties, real and personal, that
were included in an asset pooled that was eventually securitized and sold to
investors, who along with others in the chain of securitization acquired rights and
obligations to the note, mortgage, and stream of revenue eventually due to the
investor
5. Because of the known presence of necessary and indispensable parties to any
dispute that the true holders in due course might have against me, only a judicial
proceeding in which all parties are included will provide a fair determination of the
rights, obligation and title to the property, mortgage and note.
6. The "loan closing" was in fact a scheme to trick me into issuing a negotiable
instrument that was pre-sold to investors as an unregulated security. The parties
and their fees were not revealed nor was the true APR disclosed, as it was
inflated considerably by the intentional overstatement of the appraisal on the
property.
7 The title agent, which might well be the same as the Trustee also has
insurance for errors and omissions and the title insurance company that issued

179

the policy. will have total liability for this fraudulent transaction to the extent it had knowledge through its agents of the fraudulent scheme.
The totality of the transaction violates numerous state and federal laws including usury. Truth in Lending. deceptive business practices. and administrative standards for the practice of professions.

Therefore. please confirm the filing and recording of the satisfaction of mortgage. send the original note back to me (or tell me where it is), and confirm the retraction of the attempt to collect a debt which is incorrectly stated, improperly computed. improperly obtained, and fraudulently produced and transmitted.

A sale shall not be complete if the sale as held is contrary to or in violation of any federal and/or California state statute in effect.

Sincerely.


Edgart F Gonzalez
Debtor
1605 Greenbriar Ln
Brea Ca 92821

175

Edgart F Gonzalez
Debtor
80 Terra Vista,
Dana Point CA 92659

August 20, 2008

Quality Loan Service, Corp
2141 5th Avenue,
San Diego, CA 92101

Dear Trustee:
I am in receipt of Trustee sale dated May/1/2008, I hereby object to the Notice
and request that you send a copy of this letter to your insurance carrier and all
other interested parties as described herein for the following reasons:
1. There is no delinquency or default. The Lender has been paid in full plus a fee
for standing in for an undisclosed third party lender that was not properly
registered or regulated as a financial institution or lender at the time the
transaction took place.
2. The Lender has failed to state the right name and/or address of the holder in
due course, being the holders of certificates of asset backed securities, which are
backed by the security instrument (Deed of Trust) on the subject residential
property.
3. The Lender does not own, possess or control the note or the Deed of Trust,
which has been satisfied in full. Demand is herewith made for satisfaction of
Deed of Trust to be filed in the appropriate county records.
4. Your authority as Trustee has also been transferred to the Trustee of the
pooled mortgages and/or notes on various properties, real and personal, that
were included in an asset pooled that was eventually securitized and sold to
investors, who along with others in the chain of securitization acquired rights and
obligations to the note, mortgage, and stream of revenue eventually due to the
investor.
5. Because of the known presence of necessary and indispensable parties to any
dispute that the true holders in due course might have against me, only a judicial
proceeding in which all parties are included will provide a fair determination of the
rights, obligation and title to the property, mortgage and note.
6. The "loan closing" was in fact a scheme to trick me into issuing a negotiable
instrument that was pre-sold to investors as an unregulated security. The parties
and their fees were not revealed nor was the true APR disclosed, as it was
inflated considerably by the intentional overstatement of the appraisal on the
property.
7. The title agent, which might well be the same as the Trustee also has
insurance for errors and omissions and the title insurance company that issued

176

the policy, will have total liability for this fraudulent transaction to the extent it had knowledge through its agents of the fraudulent scheme.
The totality of the transaction violates numerous state and federal laws including usury, Truth in Lending, deceptive business practices, and administrative standards for the practice of professions.

Therefore, please confirm the filing and recording of the satisfaction of mortgage, send the original note back to me (or tell me where it is), and confirm the retraction of the attempt to collect a debt which is incorrectly stated, improperly computed, improperly obtained, and fraudulently produced and transmitted.

A sale shall not be complete if the sale as held is contrary to or in violation of any federal and/or California state statute in effect.


Sincerely,


Edgart F Gonzalez
Debtor
80 Terra Vista,
Dana Point CA 92659

Edgart F Gonzalez
Debtor
252, 254 Wave St
Laguna Beach CA 92651

August 20, 2008

ETS Services, LLC
2255 N Ontario St, Suite 400
Burbak, CA 92651

Dear Trustee:
I am in receipt of Trustee sale dated May/1/2008, I hereby object to the Notice
and request that you send a copy of this letter to your insurance carrier and all
other interested parties as described herein for the following reasons:
1. There is no delinquency or default. The Lender has been paid in full plus a fee
for standing in for an undisclosed third party lender that was not properly
registered or regulated as a financial institution or lender at the time the
transaction took place.
2. The Lender has failed to state the right name and/or address of the holder in
due course, being the holders of certificates of asset backed securities, which are
backed by the security instrument (Deed of Trust) on the subject residential
property.
3. The Lender does not own, possess or control the note or the Deed of Trust,
which has been satisfied in full. Demand is herewith made for satisfaction of
Deed of Trust to be filed in the appropriate county records.
4. Your authority as Trustee has also been transferred to the Trustee of the
pooled mortgages and/or notes on various properties, real and personal, that
were included in an asset pooled that was eventually securitized and sold to
investors, who along with others in the chain of securitization acquired rights and
obligations to the note, mortgage, and stream of revenue eventually due to the
investor.
5. Because of the known presence of necessary and indispensable parties to any
dispute that the true holders in due course might have against me, only a judicial
proceeding in which all parties are included will provide a fair determination of the
rights, obligation and title to the property, mortgage and note.
6. The "loan closing" was in fact a scheme to trick me into issuing a negotiable
instrument that was pre-sold to investors as an unregulated security. The parties
and their fees were not revealed nor was the true APR disclosed, as it was
inflated considerably by the intentional overstatement of the appraisal on the
property.
7. The title agent, which might well be the same as the Trustee also has
insurance for errors and omissions and the title insurance company that issued

178

the policy, will have total liability for this fraudulent transaction to the extent it had knowledge through its agents of the fraudulent scheme.

The totality of the transaction violates numerous state and federal laws including usury, Truth in Lending, deceptive business practices, and administrative standards for the practice of professions.

Therefore, please confirm the filing and recording of the satisfaction of mortgage, send the original note back to me (or tell me where it is), and confirm the retraction of the attempt to collect a debt which is incorrectly stated, improperly computed, improperly obtained, and fraudulently produced and transmitted.

A sale shall not be complete if the sale as held is contrary to or in violation of any federal and/or California state statute in effect.

Sincerely,

Edgart F Gonzalez
Debtor
252, 254 Wave St
Laguna Beach CA 92651

179

| In re Complaint Objecting To Secured Claims, GONZALEZ Edgart F. (Plaintiff) | CHAPTER: 7 |
| | CASE NO.:2:08-bk-16921-ER |

**PROOF OF SERVICE**     Adv. No: 2:08-ap-01756-ER

STATE OF CALIFORNIA
COUNTY OF __LOS ANGELES__

1.   I am over the age of 18 and not a party to the within action.  My business address is as follows:
     1602 W 6TH ST
     LOS ANGELES CA 90017

2.   On _01/21/09_____, pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as:
     Plaintiff's FIRST AMENDED VERIFIED COMPLAINT OBJECTING TO SECURED CLAIMS
     GONZALEZ, Edgart F, on the interested parties at their last known address in this action by placing a true and correct copy
     there on fully prepaid int eh United States Mail at Los Angeles, California addressed as set forth bellow.

3.   Parties and addresses upon which service was made:

     _NOTE_: The parties listed below must be served and identified as to their position in reference to the Motion: The
     United States Trustee, the Chapter 7, 11, or 13 Trustee, Movant, Movant's attorney (if any), the 20 largest
     unsecured creditors (where applicable), and any other interested parties.

☒ UNITED STATES TRUSTEE:                    ☒ CHAPTER 7, 11, OR 13 TRUSTEE:

   UNITED STATES TRUSTEE (LA)                  JASON M RUND, CHAPTER 7 TRUSTEE
   725 S FIGUEROA ST, 26TH FLOOR               840 APOLLO ST, SUITE 351
   LOS ANGELES, CA 90017                       EL SEGUNDO, CA 90245

☒ MOVANT:                                    ☒ ATTORNEY FOR MOVANT (if any):

   (EXHIBIT 1)                                 (EXHIBIT 1)

☐ OTHER:
   (Specify capacity in which service is made; e.g., Creditors Committee or 20 largest unsecured creditors, etc.)

☒  Addresses continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 1/21/09

Mario Linares                               _Mario Linares_
Typed Name                                  Signature

# EXHIBIT 1

HSBC BANK USA NATIONAL ASSOCIATION
AS TRUSTEE FOR HOME EQUITY LOAN
TRUST SERIES ACE 2005-HE7
452 Fivth Ave
New York, NY 10018

WELLS FARGO HOME MORGAGE A DIVISION OF
WELLS FARGO BANK N.A. DBA
AMERICA'S SERVICING COMPANY
P O BOX 60768
LOS ANGELES, CA 90060-0768

NATIONAL CITY CORPORATION
PO BOX 856176
LOUISVILLE KY 40285-6176

AURORA LOANS SERVICES LLC
PO BOX 78112
PHOENIX, AZ 85062-8112

PITE DUNCAN, LLP
525 E MAIN ST, P O BOX 12289
EL CAJON CA 92022-2289

EMC MORTGAGE CORPORATION
A WHOLLY OWNED SUBSIDIARY
OF JPMORGAN CHASE & CO.
P O BOX 660753
DALLAS, TX 75266-0753

U. S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR BSABS I 2006-IM1
ONE Federal ST, 3RD FLOOR
BOSTON, MA 02110

FIRST AMERICAN TITLE INSURANCE
COMPANY
FIRST AMERICAN LOAN STAR TRUSTEE
SERVICES
3 FIRST AMERICAN WAY
SANTA ANA, CA 92707

RSVP
2600 STANWELL DRIVE, SUITE 200
CONCORD, CA 94520

WRIGHT FINLAL & ZAK, LLP
4665 MAC ARTHUR COURT SUITE 280
NEW PORT BEACH, CA 92660

HOME CAPITAL FUNDING
3131 CAMINO DEL RIO NORTE, SUITE
400
SAN DIEGO, CA 92108

ETS SERVICES LLC
2255 N ONTARIO ST, SUITE 400
BURBANK, CA 92651

HOME COMMINGS FINANCIAL LLC.
F/K/A HOME COMING FINANCIAL
NETWORK INC.
4350 VON KARMAN AVE, SUITE 100
NEW PORT BEACH, CA 92660

MANDALAY MORTGAGE LLC
330 EXCHANGE NO 250
IRVINE, CA 90060-0768

MCCARTHY & HOLTHUS, LLP
1770 FOURTH AVE
SAN DIEGO, CA 92101

NATIONAL CITY BANK
PO BOX 856176
LOUISVILLE KY 40285-6176