FILED
JUN - 3 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
JUN - 4 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

|  |  |
|---|---|
| In re<br><br>EDGART GONZALEZ,<br><br>        Debtor. | Case No.  LA 08-16921-ER<br><br>Chapter 7 |
| EDGART GONZALEZ,<br><br>        Plaintiffs,<br><br>        v.<br><br>HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC, EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE HOME COMmINGS FINANCIAL, MANDALAY MORTGAGE, LLC, NATIONAL CITY BANK, FIRST AMERICAN TITLE INSURANCE COMPANY - FIRST AMERICAN LOAN STAR SERVICES, QUALITY LOAN SERVICE CORP, ETS SERVICES LLP, RSVP FORECLOSURES,<br><br>        Defendants. | Adv. No. 08-01756 ER<br><br>ORDER GRANTING HSBC AND ASC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br><br>Date:   January 21, 2009<br>Time:   10:00 a.m.<br>Place:  Courtroom 1568<br>       255 E. Temple St.<br>       Los Angeles, CA 90012 |

    For the reasons set forth fully in the Memorandum of Decision Re Motions to Dismiss Filed by HSBC Bank USA National Association as Trustee for Home Equity Trust Series ACE 2005-HE7, Wells Fargo Home Mortgage, a Division of Well Fargo Bank, N.A. dba America's Servicing Company, U.S. Bank and RSVP Foreclosures, the Court HEREBY GRANTS HSBC and ASC's Motion to Dismiss Plaintiff's Complaint.

    IT IS SO ORDERED.

DATED: June 3, 2009

*(signature)*

ERNEST M. ROBLES
United States Bankruptcy Judge

-2-

# CERTIFICATE OF SERVICE

I, _____E. Walter_____, hereby certify that on _____6/4/09_____, I sent by regular mail a true copy of the Order Granting HSBC and ASC's Motion to Dismiss Plaintiff's Complaint on the parties at the addresses listed below:

**Debtor's Counsel:**
Jerome Edelman, Esq.
17671 Irvine Blvd., Ste. 220
Tustin, CA 92780

**Debtor:**
Edgart F Gonzalez
2500 E. Imperial Highway #201-144
Brea, CA 92821

**Counsel for HSBC, ASC and U.S. Bank:**
Jeffrey S. Gerardo, Esq.
Kutak Rock LLP
18201 Von Karman, Ste. 1100
Irvine, CA 92612

Peter J. Barrett, Esq.
Kutak Rock LLP
Bank of America Center, Ste. 800
1111 East Main Street
Richmond, VA 23219-3500

**Counsel for RSVP:**
Spencer Scheer, Esq.
Scheer Law Group, LLP
155 N. Redwood Drive, Ste. 100
San Rafael, CA 94903

**Chapter 7 Trustee:**
Jason M. Rund
840 Apollo St., Ste. 351
El Segundo, CA 90245

-3-