```
                                ENTERED                              FILED
                               JUN - 4 2009                        JUN - 3 2009
                        CLERK, U.S. BANKRUPTCY COURT         CLERK, U.S. BANKRUPTCY COURT
                        CENTRAL DISTRICT OF CALIFORNIA       CENTRAL DISTRICT OF CALIFORNIA
                        BY              Deputy Clerk         BY              Deputy Clerk
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EDGART GONZALEZ,<br><br>      Debtor. | Case No. LA 08-16921-ER<br><br>Chapter 7 |
| EDGART GONZALEZ,<br><br>      Plaintiffs,<br><br>    v.<br><br>HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC, EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE HOME COMmINGS FINANCIAL, MANDALAY MORTGAGE, LLC, NATIONAL CITY BANK, FIRST AMERICAN TITLE INSURANCE COMPANY - FIRST AMERICAN LOAN STAR SERVICES, QUALITY LOAN SERVICE CORP, ETS SERVICES LLP, RSVP FORECLOSURES,<br><br>      Defendants. | Adv. No. 08-01756 ER<br><br>ORDER GRANTING AURORA LOAN SERVICES LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, LACK OF SUBJECT MATTER JURISDICTION, AND INSUFFICIENT SERVICE OF PROCESS<br><br>Date:  January 21, 2009<br>Time:  10:00 a.m.<br>Place: Courtroom 1568<br>       255 E. Temple St.<br>       Los Angeles, CA 90012 |

1  For the reasons set forth fully in the Memorandum of
2  Decision Re Motions to Dismiss Filed by Homecomings Financial,
3  Aurora Loan Services LLC and National City Bank, the Court HEREBY
4  GRANTS Aurora Loan Services LLC's Motion to Dismiss for Failure
5  to State a Claim Upon Which Relief Can Be Granted, Lack of
6  Subject Matter Jurisdiction, and Insufficient Service of Process.
7  IT IS SO ORDERED.

9  DATED: June 3, 2009

            ERNEST M. ROBLES
     United States Bankruptcy Judge

**CERTIFICATE OF SERVICE**

I, _____E. Walter_____, hereby certify that on _____6/4/09_____, I sent by regular mail a true copy of the Order Granting Aurora Loan Services LLC's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, Lack of Subject Matter Jurisdiction, and Insufficient Service of Process on the parties at the addresses listed below:

**Debtor's Counsel:**
Jerome Edelman, Esq.
17671 Irvine Blvd., Ste. 220
Tustin, CA 92780

**Debtor:**
Edgart F Gonzalez
2500 E. Imperial Highway #201-144
Brea, CA 92821

**Counsel for Homecomings, Aurora and National:**
Brian Paino, Esq.
Pite Duncan, LLP
4375 Jutland Drive, Ste. 200
San Diego, CA 92117

**Chapter 7 Trustee:**
Jason M. Rund
840 Apollo St., Ste. 351
El Segundo, CA 90245

-3-