FILED & ENTERED

AUG 27 2009

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Edgart F. Gonzalez,<br><br><br><br><br>Debtor(s),<br><br>Edgart F. Gonzalez<br><br>Plaintiff(s),<br><br>Vs.<br><br>AMERICA'S SERVICING COMPANY, Aurora Loan Services LLC, Aurora Loan Services LLC, Aurora Loan Services LLC, Homecomings Financial, LLC and National City Bank, EMC Mortgage Corporation, ETS ServicesLLC, First American Title Insurance- First American Loanstar Trustee Services, Home Capital Funding, Home Commings Financial, Homecomings Financial, LLC f/k/a Homecomings Financial Network, Inc, HSBC Bank USA National Asociation as Trustee for Home Equity Loan Trust Series Ace 2005-HE7, Mandalay Mortgage LLC, National City Bank, National City Bank, Quality Loan Service Corp, RSVP Foreclosures, RSVP Foreclosures, U.S. Bank National Association As Trustee<br><br>Defendant(s). | Case No.: 2:08-bk-16921-ER<br><br>Adversary No.: 2:08-ap-01756-ER<br><br>Chapter: 7<br><br>ORDER DENYING DEBTOR'S ORAL REQUEST FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS AND DISMISSING ADVERSARY PROCEEDING AS TO MANDALAY MORTGAGE LLC AND ETS SERVICES LLC<br><br><br>Date:     August 18, 2009<br>Time:     10:00 a.m.<br>Location: Courtroom 1568<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

For the reasons set forth fully in the Memorandum of Decision entered on August 27,

- 1 -

2009, IT IS ORDERED that Debtor's oral request for an extension of time to serve Mandalay Mortgage LLC and ETS Services LLC is hereby denied.  IT IS FURTHER ORDERED that this adversary proceeding is dismissed as to these defendants pursuant to Fed.R.Civ.P. 4(m).

    IT IS SO ORDERED.

###

DATED: August 27, 2009

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Denying Debtor's Oral Request for an Extension of Time to Serve Defendants and Dismissing Adversary Proceeding as to Mandalay Mortgage LLC and ETS Services LLC
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 26, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Ellen Cha    echa@piteduncan.com, ecfcacb@piteduncan.com
- Thomas J Holthus    bknotice@mccarthyholthus.com
- Brian A Paino    ecfcacb@piteduncan.com
- Spencer P Scheer    sscheer@scheerlawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    darlenev@bdftw.com, cdcaecf@bdftw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Jerome Edelman
17671 Irvine Blvd Ste 220
Tustin, CA 92780

Mandalay Mortgage LLC
330 Exchange No 250
Irvine, CA 90060-0768

**Edgart F. Gonzalez**
2500 E Imperial Hwy #201-144
Brea, CA 92821

Christine Gomez-Schwab
ETS Services LLC
2255 North Ontario Street, Ste. 400
Burbank, CA  91504

☐ Service information continued on attached page