ENTERED
NOV 13 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
       Deputy C'

FILED
NOV 12 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
       Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EDGART GONZALEZ,<br><br>          Debtor. | Case No.  LA 08-16921-ER<br><br>Chapter 7 |
| EDGART GONZALEZ,<br><br>          Plaintiffs,<br><br>v.<br><br>HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC, EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE HOME COMmINGS FINANCIAL, MANDALAY MORTGAGE, LLC, NATIONAL CITY BANK, FIRST AMERICAN TITLE INSURANCE COMPANY - FIRST AMERICAN LOAN STAR SERVICES, QUALITY LOAN SERVICE CORP, ETS SERVICES LLP, RSVP FORECLOSURES,<br><br>          Defendants. | Adv. No. 08-01756 ER<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT AGAINST MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND DISMISSING MERS FROM ADVERSARY PROCEEDING<br><br>Date:   October 21, 2009<br>Time:   10:00 a.m.<br>Place:  Courtroom 1568<br>          255 E. Temple St.<br>          Los Angeles, CA 90012 |

1  For the reasons set forth fully in the Memorandum of Decision Re Motions for Default Judgments ("Decision") entered on November 12, 2009, the Court HEREBY DENIES the Debtor's motion for default judgment against Mortgage Electronic Registration Systems, Inc. ("MERS") and HEREBY DISMISSES MERS from this adversary proceeding.  MERS' Ex Parte Application in Support of Relief from Entry of Default; [Proposed] Motion to Dismiss and Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for a More Definite Statement are rendered moot by the Decision.

IT IS SO ORDERED.

DATED: November 12, 2009

_____
ERNEST M. ROBLES
United States Bankruptcy Judge

**CERTIFICATE OF SERVICE**

I, _Pat Mendoza_, hereby certify that on _11-13-09_, I sent by regular mail a true copy of the Order Denying Motion For Default Judgment Against EMC Mortgage Corporation and Dismissing EMC from Adversary Proceeding to the parties at the addresses listed below:

Debtor's Counsel:
Jerome Edelman, Esq.
17671 Irvine Blvd., Ste. 220
Tustin, CA 92780

Hieu D. Do, Esq.
Law Offices of Do & Do
14541 Brookhurst St., Ste. B-1
Westminster, CA 92683

Debtor:
Edgart F Gonzalez
2500 E. Imperial Highway #201-144
Brea, CA 92821

Counsel for EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.
S. Christopher Yoo, Esq.
Adorno Yoss Alvarado & Smith
1 MacArthur Place, Ste. 200
Santa Ana, CA 92707

Counsel for Homecomings, Aurora and National:
Brian Paino, Esq.
Pite Duncan, LLP
4375 Jutland Drive, Ste. 200
San Diego, CA 92117

Counsel for Mortgage Electronic Registration Systems, Inc.
Steven M. Dailey, Esq.
Kutak Rock LLP
18201 Von Karman, Ste. 1100
Irvine, CA 92612

Chapter 7 Trustee:
Jason M. Rund
840 Apollo St., Ste. 351
El Segundo, CA 90245

_/s/ signature_

- 3 -