1
2
3
4
5
6
7

**ENTERED**
NOV 13 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

**FILED**
NOV 12 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

8              UNITED STATES BANKRUPTCY COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10             LOS ANGELES DIVISION
11

| | |
|---|---|
| In re | Case No.  LA 08-16921-ER |
| EDGART GONZALEZ, | Chapter 7 |
| Debtor. | |
| EDGART GONZALEZ, | Adv. No. 08-01756 ER |
| Plaintiffs, | |
| v. | ORDER DENYING MOTION FOR DEFAULT JUDGMENT AGAINST HOME CAPITAL FUNDING AND DISMISSING HCF FROM ADVERSARY PROCEEDING |
| HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC, EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE HOME COMmINGS FINANCIAL, MANDALAY MORTGAGE, LLC, NATIONAL CITY BANK, FIRST AMERICAN TITLE INSURANCE COMPANY - FIRST AMERICAN LOAN STAR SERVICES, QUALITY LOAN SERVICE CORP, ETS SERVICES LLP, RSVP FORECLOSURES, | Date:   October 21, 2009<br>Time:   10:00 a.m.<br>Place:  Courtroom 1568<br>        255 E. Temple St.<br>        Los Angeles, CA 90012 |
| Defendants. | |

1 | For the reasons set forth fully in the Memorandum of
2 | Decision Re Motions for Default Judgments ("Decision") entered on
3 | November 12, 2009, the Court HEREBY DENIES the Debtor's motion
4 | for default judgment against Home Capital Funding ("HCF") and
5 | HEREBY DISMISSES HCF from this adversary proceeding.
6 | IT IS SO ORDERED.

DATED: November 12, 2009

*/s/ Ernest M. Robles*
ERNEST M. ROBLES
United States Bankruptcy Judge

-2-

# CERTIFICATE OF SERVICE

I, Pat MENDOZA _____, hereby certify that on 11-13-09 _____, I sent by regular mail a true copy of the Order Denying Motion For Default Judgment Against EMC Mortgage Corporation and Dismissing EMC from Adversary Proceeding to the parties at the addresses listed below:

Debtor's Counsel:
Jerome Edelman, Esq.
17671 Irvine Blvd., Ste. 220
Tustin, CA 92780

Hieu D. Do, Esq.
Law Offices of Do & Do
14541 Brookhurst St., Ste. B-1
Westminster, CA 92683

Debtor:
Edgart F Gonzalez
2500 E. Imperial Highway #201-144
Brea, CA 92821

Home Capital Funding
3131 Camino Del Rio Norte Ste. 400
San Diego, CA 92108

Chapter 7 Trustee:
Jason M. Rund
840 Apollo St., Ste. 351
El Segundo, CA 90245

11-13-09    /s/ [signature]

- 3 -