

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EDGART GONZALEZ,<br><br>           Debtor. | Case No.   LA 08-16921-ER<br><br>Chapter 7 |
| EDGART GONZALEZ,<br><br>           Plaintiffs,<br><br>v.<br><br>HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC, EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE HOME COMmINGS FINANCIAL, MANDALAY MORTGAGE, LLC, NATIONAL CITY BANK, FIRST AMERICAN TITLE INSURANCE COMPANY - FIRST AMERICAN LOAN STAR SERVICES, QUALITY LOAN SERVICE CORP, ETS SERVICES LLP, RSVP FORECLOSURES,<br><br>           Defendants. | Adv. No. 08-01756 ER<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT AGAINST EMC MORTGAGE CORPORATION, DISMISSING EMC FROM ADVERSARY PROCEEDING AND VACATING NOVEMBER 24, 2009 HEARING<br><br>Date:   October 21, 2009<br>Time:   10:00 a.m.<br>Place:  Courtroom 1568<br>        255 E. Temple St.<br>        Los Angeles, CA 90012 |

For the reasons set forth fully in the Memorandum of Decision Re Motions for Default Judgments ("Decision") entered on November 12, 2009, the Court HEREBY DENIES the Debtor's motion for default judgment against EMC Mortgage Corporation ("EMC") and HEREBY DISMISSES EMC from this adversary proceeding. EMC's Motion to Set Aside and Vacate Default and/or Default Judgments Entered Against Defendant EMC and MERS ("Motion") is rendered moot by the Decision and the hearing on the Motion, which is currently set for November 24, 2009 at 10:00 a.m., is HEREBY VACATED.

IT IS SO ORDERED.

DATED: November 12, 2009

_____
ERNEST M. ROBLES
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

I, Patry Expozt, hereby certify that on 11-13-09, I sent by regular mail a true copy of the Order Denying Motion For Default Judgment Against EMC Mortgage Corporation, Dismissing EMC from Adversary Proceeding and Vacating November 24, 2009 Hearing on the parties at the addresses listed below:

Debtor's Counsel:
Jerome Edelman, Esq.
17671 Irvine Blvd., Ste. 220
Tustin, CA 92780

Hieu D. Do, Esq.
Law Offices of Do & Do
14541 Brookhurst St., Ste. B-1
Westminster, CA 92683

Debtor:
Edgart F Gonzalez
2500 E. Imperial Highway #201-144
Brea, CA 92821

Counsel for EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.
S. Christopher Yoo, Esq.
Adorno Yoss Alvarado & Smith
1 MacArthur Place, Ste. 200
Santa Ana, CA 92707

Chapter 7 Trustee:
Jason M. Rund
840 Apollo St., Ste. 351
El Segundo, CA 90245

11-13-09    [signature]

- 3 -