FILED & ENTERED

JAN 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>  EDGART F. GONZALEZ,<br><br>                    Debtor. | Case No. LA 08-16921 ER<br><br>Chapter 7 |
| EDGART F. GONZALEZ,<br><br>                    Plaintiff,<br>       v.<br><br>HSBC BANK USA NATIONAL ASSOC. AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC, EMC MORTGAGE CORP., HOME CAPITAL FUNDING, U.S. BANK NATIONAL ASSOC. AS TRUSTEE, HOMECOMINGS FINANCIAL, MANDALAY MORTGAGE LLC, NATIONAL CITY BANK, FIRST AMERICAN TITLE INSURANCE - FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, QUALITY LOAN SERVICE CORP., ETS SERVICES LLC, RSVP FORECLOSURES,<br>                    Defendants. | Adv. No. 08-01756 ER<br><br>ORDER GRANTING MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FILED BY QUALITY LOAN SERVICE CORP.<br><br>Date:     December 15, 2009<br>Time:     10:00 a.m.<br>Place:    Courtroom 1568<br>          255 E. Temple St.<br>          Los Angeles, CA 90012 |

   On January 26, 2010, the Court entered a Memorandum of Decision
Re:  Motion to Dismiss Pursuant to Rule 12(b)(6) filed by Quality Loan

-1-

1  Service Corp. ("Decision").  For the reasons set forth fully in the
2  Decision, the Court HEREBY GRANTS the Motion to Dismiss Pursuant to
3  Rule 12(b)(6).
4       IT IS SO ORDERED.
5                              ###

26     DATED: January 28, 2010
                                        _____
                                        United States Bankruptcy Judge

-2-

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FILED BY QUALITY LOAN SERVICE CORP. was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 24, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Ellen Cha    echa@piteduncan.com, ecfcacb@piteduncan.com
- Thomas J Holthus    bknotice@mccarthyholthus.com
- Brian A Paino    ecfcacb@piteduncan.com
- Matthew E Podmenik    lrodriguez@mccarthyholthus.com
- Spencer P Scheer    sscheer@scheerlawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    CDCAECF@bdftw.com
- S Christopher Yoo    cyoo@adornoca.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

```
Jerome Edelman
Law Office of Jerome Edelman
17671 Irvine Blvd Ste 220
Tustin, CA 92780

Edgart F. Gonzalez
407 West Imperial Highway, H343
Brea, CA  92821
```

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page