| | |
|---|---|
| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Edgart F. Gonzalez, In Proper<br>407 W. Imperial Hwy. H343<br>Brea, CA. 92821<br>(714) 612-4563<br><br><br>Attorney for Appellant  Edgart F. Gonzalez | FOR COURT USE ONLY<br><br>FILED<br>FEB 26 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  Edgart F. Gonzalez<br><br>Debtor(s). | |
| Last four digits of Social Security Number(s):<br><br>6166 | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-16921-ER |
| Employer's Tax Identification No(s) [if any]: | ADVERSARY NUMBER:<br>2:08-ap-01756-ER |

## AMENDED NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the *(check only one box)* ☒ plaintiff   ☐ defendant or   ☐ other party

   *(specify name of party)* __Edgart F. Gonzalez_____, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)* _____(Orders Listed on Exhibit "A" )_____ entered in this adversary proceeding or other proceeding *(describe other proceeding)* also orders from the Bankruptcy case (see Exhibit "A") started _____ on the __19__ day of _____May_____, *(year)* __2008__.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

   Chapter 7 Trustee: Jason M. Rund, 840 Apollo St., Ste 351, El Segundo CA 90245, Phone: 310/640-1200

   US. Trustee Los Angeles, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017

   Peter J. Barrett, Esq,. Kutak Rock LLP, Bank of America Center, Ste. 800, 1111 East Main Street, Richmond, VA 23

   Continued on Exhibit "B"

*(Continued on next page)*

| Notice of Appeal - *Page 2* | | **FORM 17** |
|---|---|---|
| In re<br>Edgart F. Gonzalez | Debtor(s). | CHAPTER:    7<br>CASE NUMBER: 2:08-bk-16921-ER |

Adversary Number: 2:08-ap-01756-ER

Dated: 2/26/2010

*[signature]*

Signature (Attorney for Appellant or Appellant if not represented by an Attorney)

Edgart F. Gonzalez, In Proper

*Attorney Name*

407 W. Imperial Hwy. H343 Brea, CA. 92821

*Address*

(714) 612-4563

*Telephone Number*

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

# EXHIBIT "A"

Appeals from the Adversary Proceeding Final Orders and/or Judgments and all interlocutory orders that give rise to them included but not limited to:

| Order # | Row# | Filing Date | Docket # | Docket Text |
|---|---|---|---|---|
| AP-1 | 212 | 10/20/2008 | 31 | Order not signed re notice of pendency of action re 1605 E Greenbriar Ave., Brea, CA 92821 - MOTION REQUIRED; Signed on 10/20/2008 (Lomeli, Lydia R.) (Entered: 10/27/2008) |
| AP-2 | 239 | 10/28/2008 | 36 | Order denying notice of pendency of action - this will require a noticed motion; Signed on 10/28/2008. (Lomeli, Lydia R.) (Entered: 10/30/2008) |
| AP-3 | 240 | 10/28/2008 | 37 | Order denying notice of pendency of action; DENIED this will require a noticed motion re 252 254 Wave Street, Laguna, Beach, CA; Signed on 10/28/2008. (Lomeli, Lydia R.) (Entered: 10/30/2008) |
| AP-4 | 272 | 01/16/2009 | 56 | ORDER shortening time for service of motion to dismiss by defendant, RSVP Foreclosures; 1-21-09 at 10:00 a.m.; Signed on 1/16/2009 (RE: related document(s) 54 , Motion to Dismiss Adversary Proceeding filed by Defendant RSVP Foreclosures). (Lomeli, Lydia R.) (Entered: 01/16/2009) |
| AP-5 | 294 | 02/19/2009 | 74 | Order Re: Directing abandonment of property; NOT SIGNED; debtor is to set this matter for hearing with notice to effected creditors; Signed on 2/19/2009. (Walter, Earnestine) (Entered: 02/24/2009) |
| AP-6 | 295 | 02/19/2009 | 75 | Order Re: Directing abandonment of property; NOT SIGNED; debtor is to set this matter for hearing with notice to all effected creditors; Signed on 2/19/2009. (Walter, Earnestine) (Entered: 02/24/2009) |
| AP-7 | 296 | 02/19/2009 | 76 | Order Re: Directing abandonment of property; NOT SIGNED; debtor is to set this matter for hearing with notice to effected creditors; Signed on 2/19/2009. (Walter, Earnestine) (Entered: 02/24/2009) |
| AP-8 | 319 | 04/08/2009 | 93 | Order Denying Motion for reconsideration and request to "Set Emergency Hearing Schedule for Signature of Pending Oorders; (Related Doc # ) Signed on 4/8/2009 (Garcia, Elaine L.) (Entered: 04/08/2009) |
| AP-9 | 334 | 06/03/2009 | 106 | Order Granting HSBC and ASC's Motion to Dismiss Adversary Proceeding (Related Doc # 35 ) Signed on 6/3/2009. (Walter, Earnestine) (Entered: 06/04/2009) |
| AP-10 | 335 | 06/03/2009 | 107 | Order Granting Aurora Loan Services LLC's Motion to Dismiss for failure to state a claim upon which relief can be granted, lack of subject matter jurisdiction, and insufficient service of process; (Related Doc # 34 ) Signed on 6/3/2009. (Walter, Earnestine) (Entered: 06/04/2009) |
| AP-11 | 336 | 06/03/2009 | 108 | Order Granting Homecomings Financial's motion to dismiss for failure to state a claim upon which relief can be granted, lack of subject matter jurisdiction and insufficient service of process; Motion to Dismiss Adversary Proceeding (Related Doc # 12 ) Signed on 6/3/2009. (Walter, Earnestine) (Entered: 06/04/2009) |
| AP-12 | 337 | 06/03/2009 | 109 | Order Granting National City Bank's Motion to Dismiss for failure to state a claim upon which relief can be granted, lack of |

# EXHIBIT "A"

subject matter jurisdiction and insufficient service process; (Related Doc # 33 ) Signed on 6/3/2009. (Walter, Earnestine) (Entered: 06/04/2009)

    AP-13    338    06/03/2009    110    Order Granting U.S. Bank's Motion to Dismiss plaintiff's complaint; (Related Doc # 39 ) Signed on 6/3/2009. (Walter, Earnestine) (Entered: 06/04/2009)

    AP-14    339    06/03/2009    111    Order Granting RSVP's Motion to Dismiss plaintiff's complaint; (Related Doc # 54 ) Signed on 6/3/2009. (Walter, Earnestine) (Entered: 06/04/2009)

    AP-15    365    07/13/2009    128    Order to Appear and Show Cause why defendants Mandalay Mortgage LLC and ETS Services LLC, should not be dismissed pursuant to Fed.R.Civ.P.4(m); 8-18-09 at 10:00 a.m.; 59 Signed on 7/13/2009. (Lomeli, Lydia R.) (Entered: 07/13/2009)

    AP-16    367    07/13/2009    129    Order Denying "Request for Hearing, Notice of Motion to compel production of documents and impose sanctions" Signed on 7/13/2009 (Lomeli, Lydia R.) (Entered: 07/13/2009)

    AP-17    383    08/20/2009    151    ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT FILE MOTIONS TO DISMISS ADVERSARY PROCEEDING OR WHY JUDGMENTS SHOULD NOT BE ENTERED AGAINST THEM; 9-23-09 at 10:00 a.m.; Signed on 8/20/2009 (Lomeli, Lydia R.) (Entered: 08/20/2009)

    AP-18    390    08/21/2009    157    Order setting prove up hearing dates on debtor's motions for default judgments against EMC Mortgage Corporation, National City, Home Capital Funding and Mortgage Electronic Registration Systems, Inc.; 10-21-09 at 10:00 a.m.; Signed on 8/21/2009 (Lomeli, Lydia R.) (Entered: 08/21/2009)

    AP-19    395    08/27/2009    161    Order Denying debtor's oral request for an extension of time to serve defendants and dismissing adversary proceedings as to Mandalay Mortgage LLC and ETS Services LLC: (Related Doc # ) Signed on 8/27/2009 (Lomeli, Lydia R.) (Entered: 08/27/2009)

    AP-20    396    08/27/2009    162    Order Memorandum of Decision (Related Doc # 161 ) Signed on 8/27/2009 (Lomeli, Lydia R.) (Entered: 08/27/2009)

    AP-21    400    09/02/2009    167    Order granting, in part and denying, in part, debtor's "Motion to sign court approval for lis pendens filing on real estate properties"; Signed on 9/2/2009 (RE: related document(s) 120 Generic Motion filed by Plaintiff Edgart F. Gonzalez). (Walter, Earnestine) (Entered: 09/04/2009)

    AP-22    403    09/11/2009    168    Order to Show Cause why order dismissing National City Bank should not be amended to dismiss National city as well and why default against National city should not be vacated as entered in error; OSC hearing 10-14-09 at 10:00 a.m.; Signed on 9/11/2009 (RE: related document(s) 131 Request for entry of default (Local BK rule)). (Lomeli, Lydia R.) (Entered: 09/11/2009)

    AP-23    450    11/10/2009    212    Order dismissing National City from adversary proceeding and vacating Default against National City; (Related Doc # ) Signed on 11/10/2009 (Walter, Earnestine) (Entered: 11/10/2009)

    AP-24    454    11/12/2009    215    Order DENYING motion for default judgment against Mortgage Electronic Registration Systems, Inc. and DISMISSING MERS from Adversary Proceeding Signed on 11/12/2009 with certificate of service (RE: related document(s) 134 Motion for Default Judgment filed by Plaintiff Edgart F.

# EXHIBIT "A"

Gonzalez, 195 Ex parte application filed by Creditor WELLS FARGO HOME MORTGAGE, Defendant U.S. Bancorp, Defendant HSBC Bank USA National Asociation as Trustee for Home Equity Loan Trust Series Ace 2005-HE7, Defendant MERS). (Mendoza, Maria Patricia) (Entered: 11/13/2009)

AP-25    455    11/12/2009    216    Order DENYING motion for default judgment against Home Capital Funding and DISMISSING HCF from Adversary Proceeding Signed on 11/12/2009 with certificate of service (RE: related document(s) 135 Motion for Default Judgment filed by Plaintiff Edgart F. Gonzalez). (Mendoza, Maria Patricia) (Entered: 11/13/2009)

AP-26    456    11/12/2009    217    Order DENYING motion for default judgment against EMC Mortgage Corporation, DISMISSING EMC from Adversary Proceeding and Vacating November 24, 2009 hearing Signed on 11/12/2009 with certificate of service(RE: related document(s) 137 Motion for Default Judgment filed by Plaintiff Edgart F. Gonzalez, 202 Generic Motion filed by Defendant EMC Mortgage Corporation). (Mendoza, Maria Patricia) (Entered: 11/13/2009)

AP-27    469    12/07/2009    229    ORDER DENYING MOTION FORRECONSIDERATION OF DEFAULT JUDGMENT[CCP 585, CRC RULE 3.110] AGAINST NATIONALCITY AND FIRST AMENDED DEFAULT PROVE-UPPACKAGE IN SUPPORT OF APPLICATION; Signed on 12/7/2009 (RE: related document(s) 225 Motion to Reconsider filed by Plaintiff Edgart F. Gonzalez). (Lomeli, Lydia R.) (Entered: 12/07/2009)

AP-28    470    12/07/2009    230    ORDER DENYING MOTION FORRECONSIDERATION OF APPLICATION OFDEFAULT JUDGMENT [CCP 585, CRC RULE 3.110]AGAINST MORTGAGE ELECTRONICREGISTRATION SYSTEM AND FIRST AMENDEDDEFAULT PROVE-UP PACKAGE IN SUPPORT OFAPPLICATION Signed on 12/7/2009 (RE: related document(s) 228 Motion to Reconsider filed by Plaintiff Edgart F. Gonzalez). (Lomeli, Lydia R.) (Entered: 12/07/2009)

AP-29    471    12/07/2009    231    ORDER DENYING MOTION FORRECONSIDERATION OF DEFAULT JUDGMENT[CCP 585, CRC RULE 3.110] AGAINST HOMECAPITAL FUNDING AND FIRST AMENDEDDEFAULT PROVE-UP PACKAGE IN SUPPORT OFAPPLICATION Signed on 12/7/2009 (RE: related document(s) 227 Motion to Reconsider filed by Plaintiff Edgart F. Gonzalez). (Lomeli, Lydia R.) (Entered: 12/07/2009)

AP-30    472    12/07/2009    232    ORDER DENYING MOTION FORRECONSIDERATION OF APPLICATION OFDEFAULT JUDGMENT [CCP 585, CRC RULE 3.110]AGAINST EMC MORTGAGE CORPORATION ANDFIRST AMENDED DEFAULT PROVE-UP PACKAGEIN SUPPORT OF APPLICATION Signed on 12/7/2009 (RE: related document(s) 226 Motion to Reconsider filed by Plaintiff Edgart F. Gonzalez). (Lomeli, Lydia R.) (Entered: 12/07/2009)

AP-31    475    12/18/2009    235    Order Granting Motion to Dismiss First American Loanstar Trustee Services' first amended verified complaint; (Related Doc # 183 ) Signed on 12/18/2009. (Lomeli, Lydia R.) (Entered: 12/18/2009)

AP-32    479    01/07/2010    238    ORDER DISMISSING NATIONAL CITY FROM ADVERSARY PROCEEDING AND VACATING DEFAULT AGAINST NATIONAL CITY 237 Signed on 1/7/2010 (Lomeli, Lydia R.) (Entered: 01/07/2010)

# EXHIBIT "A"

AP-33    485   01/26/2010    244   ORDER DENYING MOTION FORRECONSIDERATION OF ORDER GRANTINGFIRST AMERICAN LOANSTAR TRUSTEESERVICES MOTION TO DISMISS FIRSTAMENDED VERIFIED COMPLAINT; COURTREQUEST BY SUA SPONTE TO VACATEINCONGRUOUS RELATED ORDERS ANDSIMILARLY SITUATED DEFENDANTSORDERS DISMISSING PLAINTIFFSCOMPLAINT Signed on 1/26/2010 (RE: related document(s) 243 Motion to Reconsider filed by Plaintiff Edgart F. Gonzalez). (Lomeli, Lydia R.) (Entered: 01/26/2010)

AP-34    487   01/28/2010    246   ORDER GRANTING MOTION TO DISMISSPURSUANT TO RULE 12(B)(6) FILEDBY QUALITY LOAN SERVICE CORP.; Signed on 1/28/2010. (Lomeli, Lydia R.) (Entered: 01/28/2010)

Appeals from the Bankruptcy case Final Orders and/or Judgments and all interlocutory orders that give rise to them included but not limited to:

Order #    Row#  Filing Date    Docket #   Docket Text

BK-1    95    07/16/2008    26    Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 12 ) Signed on 7/16/2008 (Lomeli, Lydia R.) (Entered: 07/16/2008)

BK-2    102   07/21/2008    30    Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 17 ) Signed on 7/21/2008 (Walter, Earnestine) (Entered: 07/21/2008)

BK-3    111   07/30/2008    38    Order Denying emergency motion; (Related Doc # 36 ) Signed on 7/30/2008 (Lomeli, Lydia R.) CORRECTION: Correct title of the order is ' Order Denying Requests for Disclosure of Discovery Documents'; Modified on 7/31/2008 (Lomeli, Lydia R.). (Entered: 07/30/2008)

BK-4    112   07/31/2008    39    Order Denying emergency motion to vacate, or clarification and/or reconsideration; (Related Doc # 36 ) Signed on 7/31/2008 (Lomeli, Lydia R.) (Entered: 07/31/2008)

BK-5    123   10/03/2008    50    Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # 32 ) Signed on 10/3/2008 (Walter, Earnestine) (Entered: 10/03/2008)

BK-6    132   12/02/2008    56    Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF) (Related Doc # 52 ) Signed on 12/2/2008 (Garcia, Elaine L.) (Entered: 12/02/2008)

//
//
//

# EXHIBIT "A"

EXHIBIT "A"    4

Appeals from the **Adversary Proceeding** Final Orders and/or Judgments and all interlocutory orders that give rise to them included but not limited to:

# EXHIBIT "A"

DKT-31

After recording, return to:

EDGART F. GONZALEZ
2500 E Imperial Hwy #201-144
Brea, CA 92821
(310) 691-2314

EDGART F. GONZALEZ, In Pro Per

UNITED STATES BANKRUPTCY COURT
Central District of California
Los Angeles Division

| | |
|---|---|
| GONZALEZ, Edgart F., In Proper ) | Chapter 7 |
| Plaintiff ) | Case No.: 2:08-bk-16921-ER |
| [vs.] ) | Adversary proceeding number: |
| HSBC BANK USA NATIONAL ASSOCIATION ) | |
| AS TRUSTEE FOR HOME EQUITY LOAN ) | 2:08-ap-01756-ER |
| TRUST SERIES ACE 2005-RE7, AMERICA'S ) | |
| SERVICING COMPANY, AURORA LOAN ) | |
| SERVICES LLC, EMC MORTGAGE ) | Record No. _____ |
| CORPORATION, HOME CAPITAL FUNDING, ) | |
| U. S. BANK NATIONAL ASSOCIATION AS ) | NOTICE OF PENDENCY OF ACTION |
| TRUSTEE, HOME COMMINGS FINANCIAL, ) | |
| MANDALAY MORTGAGE LLC, NATIONAL CITY ) | CCP §405.20 |
| BANK, NATIONAL CITY, FIRST AMERICAN ) | |
| TITLE INSURANCE COMPANY - FIRST ) | |
| AMERICAN LOAN STAR TRUSTEE SERVICES, ) | |
| QUALITY LOAN SERVICE CORP, ETS ) | |
| SERVICES LLC, RSVP FORECLOSURES, AND ) | |
| ALL PERSONS UNKNOWN CLAIMING ANY ) | |
| LEGAL TITLE, STATE, LIEN OR INTEREST ) | |
| IN THE PROPERTY DESCIBED IN THE ) | |
| COMPLAINT ADVERSE TO PLAINTIFF'S ) | |
| TITLE, OR ANY CLOUD ON PLAINTIFF'S ) | |
| TITLE THERETO. ) | |
| Defendants ) | |

PLEASE TAKE NOTICE that this action was commenced in the above court on

August 16 2008 , by Edgart F. Gonzalez, Against:

1

1  HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST
2  SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC,
3  EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U. S. BANK NATIONAL
   ASSOCIATION AS TRUSTEE, HOME COMINGS FINANCIAL, MANDALAY MORTGAGE LLC,
4  NATIONAL CITY BANK, NATIONAL CITY, FIRST AMERICAN TITLE INSURANCE COMPANY -
5  FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, QUALITY LOAN SERVICE CORP, ETS
6  SERVICES LLC, RSVP FORECLOSURES, and is now pending.
7     The ANMENDED VERIFIED COMPLAINT OBJECTING TO SECURED CLAIMS alleges a real
   property claim affecting real property located in Orange County, California,
8  commonly known as:
9            1605 E. Greenbriar Ln.
10           Brea, CA. 92821
11 And described as:
12    Parcel No.319-123-08, Legal Description N Tr 6619 Lot 8.
13
14 Date: 10/1/08
15 EDGART F. GONZALEZ, In Pro Per
   By: Edgard Gonzalez
16
17 COURT APROVAL FOR RECORDING NOTICE:
   Chapter 7
   Case No.: 2:08-bk-16921-ER
18 Adversary proceeding number:2:08-ap-01756-ER

19                    UNITED STATES BANKRUPTCY COURT
                      Central District of California
20                         Los Angeles Division

21 [OCT 2 0 2008]
                      _____
22                    HONORABLE JUDGE ERNEST ROBLES

23 [OCT 2 0 2008]
                      Not Signed
24
25                    Ernest M. Robles, U.S. Bankruptcy Judge

2

DKT-36

After recording, return to:
EDGART F. GONZALEZ
2500 E Imperial Hwy #201-144
Brea, CA 92821
(310) 691-2314

ENTERED OCT 30 2008
FILED OCT 28 2008
LODGED OCT - 1 2008

EDGART F. GONZALEZ, In Pro Per

UNITED STATES BANKRUPTCY COURT
Central District of California
Los Angeles Division

| | |
|---|---|
| GONZALEZ, Edgart F., In Proper Plaintiff | Chapter 7 |
| (vs.) | Case No.: 2:08-bk-16921-ER |
| HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC, EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U. S. BANK NATIONAL ASSOCIATION AS TRUSTEE, HOME COMINGS FINANCIAL, MANDALAY MORTGAGE LLC, NATIONAL CITY BANK, NATIONAL CITY, FIRST AMERICAN TITLE INSURANCE COMPANY - FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, QUALITY LOAN SERVICE CORP, ETS SERVICES LLC, RSVP FORECLOSURES, AND ALL PERSONS UNKNOWN CLAIMING ANY LEGAL TITLE, STATE, LIEN OR INTEREST IN THE PROPERTY DESCIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO. Defendants | Adversary proceeding number: 2:08-ap-01756-ER Record No. _____ NOTICE OF PENDENCY OF ACTION CCP §405.20 |

PLEASE TAKE NOTICE that this action was commenced in the above court on August 16 2008 , by Edgart F. Gonzalez, Against:

1.

1  HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST
2  SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC,
3  EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U. S. BANK NATIONAL
4  ASSOCIATION AS TRUSTEE, HOME COMMINGS FINANCIAL, MANDALAY MORTGAGE LLC,
5  NATIONAL CITY BANK, NATIONAL CITY, FIRST AMERICAN TITLE INSURANCE COMPANY -
6  FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, QUALITY LOAN SERVICE CORP, ETS
   SERVICES LLC, RSVP FORECLOSURES, and is now pending.
7     The AMMENDED VERIFIED COMPLAINT OBJECTING TO SECURED CLAIMS alleges a real
8  property claim affecting real property located in Orange County, California,
   commonly known as:
9
            80 Terra Vista
10          Dana Point, CA. 92629

11 And described as:
12   Parcel No. 939-47-53, Legal Description Tract 12292, Lot 9 Of Pro Ject 939-
13 47 Located On Ap 673-561-36 Together White An Und. 1/20 Int. In Lot 9.

14 Date: 10/1/2008

15 EDGART F. GONZALEZ, In Pro Per

16 By: _____

17 COURT APROVAL FOR RECORDING NOTICE:
   Chapter 7
18 Case No.: 2:08-bk-16921-ER
   Adversary proceeding number:2:08-ap-01756-ER
19

20                    UNITED STATES BANKRUPTCY COURT
                      Central District of California
21                        Los Angeles Division

22  OCT 28 2008         _____ This will require a
                                         Notices motion.
23                     HONORABLE JUDGE ERNEST ROBLES

24

25

2

· DKT-37

After recording, return to:

EDGART F. GONZALEZ
2500 E Imperial Hwy #201-177
Brea, CA 92821
(310) 691-2314

EDGART F. GONZALEZ, In Pro Per

ENTERED OCT 30 2008

FILED OCT 28 2008

LODGED OCT -1 2008

GONZALEZ, Edgart F., In Proper

Plaintiff,

Record No. _A008-01756-ER_

vs.

HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC, EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U. S. BANK NATIONAL ASSOCIATION AS TRUSTEE, HOME COMINGS FINANCIAL, MANDALAY MORTGAGE LLC, NATIONAL CITY BANK, NATIONAL CITY, FIRST AMERICAN TITLE INSURANCE COMPANY - FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, QUALITY LOAN SERVICE CORP, ETS SERVICES LLC, RSVP FORECLOSURES, AND ALL PERSONS UNKNOWN CLAIMING ANY LEGAL TITLE, STATE, LIEN OR INTEREST IN THE PROPERTY DESCIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO.

Defendants.

NOTICE OF PENDENCY OF ACTION

CCP §405.20

PLEASE TAKE NOTICE that this action was commenced in the above court on August 16 2008, by Edgart F. Gonzalez, Against:

HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2005-HE7, AMERICA'S SERVICING COMPANY, AURORA LOAN SERVICES LLC, EMC MORTGAGE CORPORATION, HOME CAPITAL FUNDING, U. S. BANK NATIONAL ASSOCIATION AS TRUSTEE, HOME COMMINGS FINANCIAL, MANDALAY MORTGAGE LLC, NATIONAL CITY BANK, NATIONAL CITY, FIRST AMERICAN TITLE INSURANCE COMPANY - FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, QUALITY LOAN SERVICE CORP, ETS SERVICES LLC, RSVP FORECLOSURES, and is now pending.

The AMMENDED VERIFIED COMPLAINT OBJECTING TO SECURED CLAIMS alleges a real property claim affecting real property located in Orange County, California, commonly known as:

252, 254 Wave Street.
Laguna Beach, CA. 92651

And described as:

Parcel No.053-144-05,Legal Description Lot 12 in Block I of MC Knight's, Additions, Secction A, to Laguna Cliffs, in the City of Laguna, Beach, County of Orange, State of California, as Shown on a Map recorded in Book 8 Page 31, of Misellaneous Maps, Records of Orange County, California.

Date: 10/1/2008

EDGART F. GONZALEZ, In Pro Per

By: _Edgart Gonzalez_

COURT APROVAL FOR RECORDING NOTICE:
Chapter 7
Case No.: 2:08-bk-16921-ER
Adversary proceeding number:2:08-ap-01756-ER

UNITED STATES BANKRUPTCY COURT
Central District of California
Los Angeles Division

OCT 28 2008

_Denied - this will require noticed motion._

HONORABLE JUDGE ERNEST ROBLES

2

```
 1  SCHEER LAW GROUP, LLP
    SPENCER P. SCHEER #107750
 2  JOSHUA L. SCHEER #242722
    REILLY D. WILKINSON #250086
 3  JONATHAN SEIGEL #168224
    155 N. Redwood Drive, Suite 100
 4  San Rafael, CA  94903
    Telephone: (415) 491-8900
 5  Facsimile: (415) 491-8910
    R.250-003S
 6
    Attorneys for Defendant, RSVP FORECLOSURES
 7
```



**FILED & ENTERED**

**JAN 16 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

```
 8           UNITED STATES BANKRUPTCY COURT FOR THE
 9              CENTRAL DISTRICT OF CALIFORNIA
10                    LOS ANGELES DIVISION

11  In re:                              Bk. No. 2:08-bk-16921-ER

12  GONZALEZ, EDGART F., in Proper,     Adv. No. 2:08-ap-01756

13         Plaintiff,
                                        Chapter 7
14  vs.
                                        ORDER SHORTENING TIME FOR
15  HSBC BANK USA NATIONAL              SERVICE OF MOTION TO DISMISS BY
    ASSOCIATION AS TRUSTEE FOR HOME     DEFENDANT, RSVP FORECLOSURES
16  EQUITY LOAN TRUST SERIES ACE 2005-
    HE7, AMERICA'S SERVICING COMPANY,
17  AURORA LOAN SERVICES LLC, EMC       Hearing –
    MORTGAGE CORPORATION, HOME
18  CAPITAL FUNDING, U.S. BANK          Date : January 15, 2009
    NATIONAL ASSOCIATION AS TRUSTEE,    Time : 10:00 a.m.
19  HOME COMMINGS FINANCIAL,            Place : 255 E. Temple Street, Courtroom 1568
    MANDALAY MORTGAGE LLC,                      Los Angeles, CA
20  NATIONAL CITY BANK, FIRST
21  AMERICAN TITLE INSURANCE
    COMPANY – FIRST AMERICAN LOAN
22  STAR TRUSTEE SERVICES, QUALITY
23  LOAN SERVICE CORP, ETS SERVICES
    LLC, RSVP FORECLOSURES,
24
           Defendants.
25

26
27  //
28  //
```

1

1  The Adversary Status Conference came on for hearing on January 15, 2009 at 10:00
2  a.m. before the Honorable ERNEST ROBLES, United States Bankruptcy Judge. Defendant,
3  RESIDENTIAL SERVICES VALIDATION PUBLICATION ("RSVP") appeared through
4  counsel, SPENCER P. SCHEER of SCHEER LAW GROUP, LLP. EDGART F. GONZALEZ
5  ("Plaintiff") appeared on his own behalf. All other appearances were read into the record. The
6  Court determining that Good Cause was shown, makes the following order:
7  1. IT IS ORDERED that this Court shortens time so that RSVP can file a Motion to
8  Dismiss, so that the Motion can be heard with other pending Motions in this action scheduled on
9  January 21, 2009 at 10:00 a.m. Time is shortened to allow RSVP to file its Motion by electronic
10  filing on or before January 16, 2009, with a copy sent via overnight mail to Plaintiff, Edgart F.
11  Gonzalez, no later than January 16, 2009.
12  2. IT IS FURTHER ORDERED that this Order is issued pursuant to F.R.C.P. 6(c).

14  ###

DATED: January 16, 2009

_____
United States Bankruptcy Judge